```
                 UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF FLORIDA
                  FORT PIERCE DIVISION
                 CASE NO. 22-CR-80107-CANNON


UNITED STATES OF AMERICA,

              Plaintiff,               DECEMBER 9, 2022

       vs.                             FORT PIERCE, FLORIDA

SELWYN DAVID ROSENSTEIN,
                                       PAGES 1 - 110
              Defendant.
_____/


              TRANSCRIPT OF SENTENCING HEARING
          BEFORE THE HONORABLE AILEEN M. CANNON
              UNITED STATES DISTRICT JUDGE


APPEARANCES:

FOR THE GOVERNMENT:      KYLE REYNOLDS, AUSA
                         U.S. Department of Justice
                         1301 New York Avenue NW
                         Suite 1100
                         Washington, DC  20005

                         GREG SCHILLER, AUSA
                         Office of U.S. Attorney
                         500 South Australian Ave.
                         Suite 400
                         West Palm Beach, Florida  33401


FOR THE DEFENDANT:       MICHAEL SELNICK, ESQ.
                         JACK FUCHS, ESQ.
                         1645 Palm Beach Lakes Blvd.
                         Suite 1000
                         West Palm Beach, FL  33401




                         Official Court Reporter
                         U.S. District Court
                         diane_miller@flsd.uscourts.gov
```

## I-N-D-E-X

**WITNESSES**                                                    **PAGE**

**SPECIAL AGENT DAVID BACKLUND**

    Direct Examination by Mr. Reynolds              9

    Cross-Examination by Mr. Selnick                23

    Redirect Examination by Mr. Reynolds            33

    Recross-Examination by lawyer                   ##

**AMY MARIE ROSENSTEIN**                                          63

**ELICIA MARY GIBSON**                                            66

**SELWYN DAVID ROSENSTEIN**

    Direct Examination by Mr. Selnick               69

**Rabbi Yosef Rachek**

    Direct Examination by Mr. Selnick               75

Friday, December 9, 2022.

<pre>
  1                      P-R-O-C-E-E-D-I-N-G-S

  2           THE COURT:  Thank you; please be seated.

  3           THE COURTROOM DEPUTY:  Calling case 22-CR-80107,

  4   United States of America versus Selwyn Rosenstein.

  5           May we please have Counsel's appearance starting with

  6   the Government.

  7           MR. REYNOLDS:  Good morning, Your Honor; Kyle

  8   Reynolds and Gregory Schiller appearing for the United States.

  9   We also have FBI Special Agent David Backlund at counsel's

 10   table.  May he remain at counsel's table?

 11           THE COURT:  Yes, thank you.

 12           MR. SELNICK:  Good morning, Your Honor, Michael

 13   Selnick, along with my partner Jack Fuchs on behalf of Selwyn

 14   Rosenstein.

 15           THE COURT:  Good morning.

 16           And good morning to you, Mr. Rosenstein.

 17           THE DEFENDANT:  Good morning.

 18           THE COURT:  Who is here for Probation?

 19           PROBATION OFFICER:  Good morning, Your Honor; Frances

 20   Weisberg on behalf of U.S. Probation.

 21           THE COURT:  Good morning, Ms. Weisberg.

 22           We are here today for a sentencing hearing.

 23   Additional time has been allotted per the request of the

 24   parties.

 25           The sentencing record is relatively voluminous, and I
</pre>

```
 1    have reviewed it all including, of course, the presentence

 2    investigation report, the defendant's objection to the

 3    presentence investigation report, the Government's response to

 4    those objections, the competing sentencing memoranda that were

 5    filed along with the victim impact statements that were filed

 6    under seal; and the Court will grant the Government's motion to

 7    file those documents under seal.

 8            I also understand there is a pending motion for

 9    forfeiture, which I will address later along with a motion to

10    strike filed by the Defense in relation to a letter submitted

11    by one of the defendants relatives.  We will address that

12    later.

13            Are there any other materials, Mr. Selnick, that the

14    Court should have reviewed in anticipation of today's hearing?

15            MR. SELNICK:  No, Your Honor.

16            THE COURT:  Anything from the Government?

17            MR. SCHILLER:  No, Your Honor.

18            THE COURT:  Okay.

19            I do want to first inquire whether there are any live

20    victims here today who wish to speak or make a statement?

21            I don't see any in the gallery, but I do want to

22    confirm that.

23            MR. SCHILLER:  No, Your Honor, there are not.

24            THE COURT:  All right.

25            Mr. Rosenstein, as you are aware, you pled guilty to
```

1    the following counts of the indictment:  Count two which

2    charges you with conspiracy to advertise child pornography;

3    counts three through seven which charge you with advertisement

4    of child pornography; and count eight which charges you with

5    possession of child pornography.  The Government in exchange

6    for your guilty plea agreed to dismiss count one of the

7    indictment.  You have therefore been adjudicated guilty of

8    those offenses and we are now at the sentencing phase.

9            The purpose of today's hearing, Mr. Rosenstein, is to

10   determine a sentence that is reasonable but not greater than

11   necessary to achieve the purposes of sentencing as set forth in

12   Title 18, United States Code, Section 3553(a).

13           I will give you an opportunity later, if you wish to

14   address the Court; and, of course, I will hear argument and any

15   evidence from the parties.

16           So let me turn first to the Government, Mr. Reynolds

17   or Mr. Schiller.  I understand there are various objections to

18   the PSI.  What is the Government's intention with respect to

19   any argument or evidence presented today?

20           MR. REYNOLDS:  Your Honor, we would ask the Court's

21   permission to put the case agent on briefly to testify to

22   supplement the PSI.  In addition, some of his testimony will go

23   to the 3553(a) factors.  If Your Honor would permit one

24   examination that goes to both issues, that's what the

25   Government would request.

```
 1               THE COURT:  Okay.

 2               In addition to.  And is Mr. Backlund, is that

 3     correct?  I want to make sure I'm pronouncing your name last

 4     name correctly.

 5               THE WITNESS:  Yes, Your Honor.

 6               THE COURT:  Any other documents to admit into the

 7     record?

 8               MR. SCHILLER:  No, Your Honor.

 9               THE COURT:  Okay.

10               Mr. Selnick, do you have a proposal in terms of any

11     evidence you wish to present or any individuals who wish to

12     speak?

13               MR. SELNICK:  I have two individuals, in addition to

14     Mr. Rosenstein, who are here to address the Court, Amy

15     Rosenstein and a Alisha Mary Gibson [phonetic].  They are both

16     sitting back there.

17               I had also had Mr. Rosenstein's spiritual adviser,

18     his rabbi; apparently, he is running late.  If he doesn't make

19     it prior to us concluding, I explained to Mr. Rosenstein that

20     we would end up doing this without the rabbi.  I also advised

21     Mr. Schiller that I am not going to call Dr. Michael Brannon,

22     so I have the two witnesses.

23               THE COURT:  All right.  What is the estimated time of

24     arrival for the defendant's rabbi?

25               MR. SELNICK:  If he makes it, he has advised
```

```
 1   Mrs. Rosenstein that he would be here at 10:30, but we are not
 2   really sure whether he is going to make it or not.  I didn't
 3   want to ask to change anything or modify anything because if he
 4   is that uncertain, I don't want to do anything to delay the
 5   proceedings.
 6              THE COURT:  Okay.  All right.  If you hear otherwise,
 7   please let me know promptly.
 8              All right.  Let's begin then with the examination of
 9   the case agent.
10              MR. REYNOLDS:  Thank you, Your Honor.  You would like
11   me to proceed from the lectern?
12              THE COURT:  Yes, please.
13              MR. SCHILLER:  The Government calls David Backlund.
14              THE COURTROOM DEPUTY:  Please raise your right hand.
15            DAVID BACKLUND, GOVERNMENT WITNESS, SWORN
16              THE COURTROOM DEPUTY:  Sir, could you please state
17   your name for the record spelling your first and last name.
18              THE WITNESS:  David Backlund, DAVID, B-A-C-K-L-U-N-D.
19                         DIRECT EXAMINATION
20   BY MR. REYNOLDS:
21   Q    Good morning, sir.  What do you do for work?
22   A    I'm an FBI agent.
23   Q    How long have you been an FBI agent?
24   A    Over 143.
25   Q    And are you assigned to any particular unit or division
```

```
 1   within the FBI?

 2   A    Yes.  I'm assigned to the Child Exploitation Operational

 3   Unit in Lithia, Maryland.

 4   Q    What is the Child Exploitation Operational Unit?

 5   A    It is an operational unit that targets dark web

 6   pornography.

 7   Q    Given that we are in Fort Pierce, Florida, and you are from

 8   Maryland, is it safe to assume you work cases all over the

 9   country?

10   A    I do.

11   Q    And as a special agent in the Child Exploitation

12   Operational Unit, briefly, what are some of your primary

13   duties?

14   A    My primary duties are to work with our foreign partners and

15   to work with online undercovers to gather information related

16   to websites that deal with pornography and pedophilia; and my

17   main role individually is to write the search warrants, to plan

18   the operations, and to do the interviews.

19   Q    Are you familiar with the investigation into this

20   defendant, Selwyn Rosenstein?

21   A    Yes, I am.

22   Q    Are you familiar with the evidence underlying that

23   investigation?

24   A    I am.

25   Q    And are you familiar with the website giving rise to the
```

Friday, December 9, 2022.

```
 1   investigation which we have been referring to in public

 2   documents and "Website A"?

 3   A    Yes.

 4   Q    Special Agent, have you been on Website A?

 5   A    I have.

 6   Q    Is Website A still active?

 7   A    It is not.

 8   Q    Very briefly, what kind of website was it?

 9   A    It was a chat website on the tour network, dark web, that

10   specialized in child pornography and pedophilia.

11   Q    Speaking approximately, how users did Website A have?

12   A    There are thousands of users.

13   Q    Has the FBI identified some of those users?

14   A    It has.

15   Q    Have some of them been in the United States?

16   A    They have.

17   Q    Have some been in other countries?

18   A    Yes, many.

19   Q    Have all of the users of Website A been identified?

20   A    No.

21   Q    Generally speaking, what would a user have to do to become

22   a member of website A?

23   A    The way the website is set up, anyone can get into publicly

24   available room.  In that room, you are expected to share

25   pornography in order to earn the rank that would allow you to
```

```
 1    actually come inside the main website and to be able to access

 2    individual "members only" rooms.

 3    Q    And what was the content available in those "members only"

 4    rooms?

 5    A    They even specialized in different things.  There was one

 6    room that is dedicated specifically to security, how to avoid

 7    law enforcement; there is a room dedicated to what would be

 8    sadomasochism and torture; a room dedicated to various ages;

 9    and then there is another room that is dedicated to general

10    pornography.

11    Q    You said that the FBI had identified some of the users and

12    members of Website A.  Did the FBI determine that any of these

13    individuals were actively sexually abusing children?

14    A    Yes.

15    Q    And how do you know that?

16    A    Because we executed search warrants and identified the

17    children that were being abused.

18    Q    What was Mr. Rosenstein's role on Website A?

19    A    The FBI would argue that he was the number two on the

20    website, but certainly a high level staff member.

21    Q    And did he not admit to you that he was the third or fourth

22    highest ranking individual on the website?

23    A    He did.

24    Q    Why instead do you think he is number two instead of three

25    or four?
```

1    A    In reviewing the affidavit, Mr. Rosenstein was a member of

2    a select group that had access to a specific room of staff

3    members; at the most, there four at a time, sometimes three;

4    and in those rooms, those individuals discussed the day-to-day

5    operations of the website including who would be promoted, when

6    they would have staff meetings which Mr. Rosenstein took part

7    in.  Also, the FBI gained access to the server and on that

8    server, there were three folders that were considered "home"

9    folders where three users were able to basically access the

10   server to put documents in, and Mr. Rosenstein had by far the

11   largest amount of data in there.

12   Q    You mentioned the difference.  Mr. Rosenstein was a member

13   of a small group.  Was this the command and control of

14   Website A?

15   A    Yes.

16   Q    Was there anyone outside of this group higher ranking than

17   anyone inside of that group?

18   A    There was one individual we would consider for the "head"

19   of the website.

20   Q    Was he inside of that group?

21   A    Yes.

22   Q    Generally speaking, what sort of duties or actions did

23   Mr. Rosenstein perform on Website A?

24   A    Mr. Rosenstein was the main individual who kind of ran the

25   day-to-day operations of the website, meaning the actual

1    computer part of it, backing up the servers, writing code,

2    doing various things that kept the site up and running.  He was

3    also involved in deciding who would be "promoted" is what the

4    evidence showed us; and then, of course, just various

5    day-to-day operations.

6    Q    Let me go back to a question I should have asked you a few

7    minutes ago.  How does the FBI know what Mr. Rosenstein did on

8    the website?

9    A    We have the server, and we have -- we had online

10   undercovers on the website, and we have all of the emails

11   between the users on the website that we were able to get, so

12   we actually collected a great deal of evidence.

13   Q    Now you said Mr. Rosenstein was involved in the promotion

14   of other users.  Can you say more as to what he did with regard

15   to those promotions?

16   A    Sure.  Mr. Rosenstein was an individual that voted on

17   people being promoted.  He also provided these people who were

18   promoted to be what are termed "moderators."  These individuals

19   moderate the individual rooms.  They're staff members.  When

20   you are part of the leadership of lower level, he would provide

21   them with guides and advice how to monitor and moderate these

22   rooms.

23   Q    Did Mr. Rosenstein have the authority to ban users or

24   members from Website A?

25   A    Yes.

1   Q   Did he exercise that authority?

2   A   According to the evidence we have, yes.

3   Q   Did he have the authority to edit posts that were made on

4   website A?

5   A   Yes.

6   Q   Did exercise that authority?

7   A   Yes.

8   Q   What, if anything, did Mr. Rosenstein do with regard to

9   backups of the website?

10  A   Mr. Rosenstein backed up the website extensively, very

11  often.

12  Q   What is the purpose of backing up the website?

13  A   The purpose of backing up one of these or any website is if

14  there is a catastrophic failure, you could reconstitute the

15  website on another server.

16  Q   Special Agent Backlund, after Mr. Rosenstein was arrested,

17  did the website go down immediately?

18  A   Not immediately.

19  Q   What, if anything, happened on the website after

20  Mr. Rosenstein was arrested?

21  A   The website's functionality degraded significantly, as the

22  leaders of the website complained about; and then eventually,

23  the FBI identified head administrator executing the operation

24  of the website.

25  Q   When you say the functionality of the website degraded, did

Friday, December 9, 2022.

1    that have anything to do with Mr. Rosenstein's absence?

2    A    Yes.

3    Q    Why do you say that?

4    A    Because I think he was the person who was responsible for

5    the day-to-day maintenance of the website, so other individuals

6    had to take on those responsibilities who didn't have the

7    skills Mr. Rosenstein had.

8    Q    Thank you.

9              Special Agent Backlund, did you interview

10   Mr. Rosenstein earlier this year in connection with a search

11   warrant at his home in Boynton Beach?

12   A    I did.

13   Q    Did there come a time during the interview when you asked

14   him if the FBI could take control of his account or profile on

15   Website A?

16   A    Yes.

17   Q    How did Mr. Rosenstein respond to this?

18   A    He was very resistant.

19   Q    Can you provide more detail --

20   A    Sure.

21   Q    -- as to what he say or did that made you think he is

22   resistant?

23   A    He told me he was resistant because he was concerned that

24   the -- he felt bad for the other individuals that would be

25   getting caught.  Mr. Rosenstein told me that he believed that

Friday, December 9, 2022.

1    being on this website was an exercise of his freedom and of

2    other individuals to exercise their freedom to be on these

3    types of websites and that to provide that account would target

4    those individuals who were simply exercising their freedom.

5    Q    Did Mr. Rosenstein ultimately allow the FBI to take over

6    this account?

7    A    He did.

8    Q    Did he do so after some amount of back and forth with you?

9    A    Yes.

10   Q    Approximately how long did it take will generally speaking,

11   if you know?

12   A    I mean, it was at least 15 minutes, I would imagine; and

13   then, you know, he resisted.  He was not happy about it

14   throughout the interview.  He was articulating that he wasn't

15   happy about it.

16   Q    Special Agent Backlund, you have described Mr. Rosenstein

17   as the number two ranking person on Website A.  Has the FBI

18   identified the number one ranking person?

19   A    It has.

20   Q    And who is that?

21   A    An individual named William Spearman.

22   Q    Did you interview William Spearman?

23   A    I did.

24   Q    Did he know Mr. Rosenstein by name?

25   A    No.

```
 1   Q   Did he know Mr. Rosenstein by any other name?

 2   A   He knew him by his user name.

 3   Q   His user name?

 4   A   On the website.

 5   Q   What, if anything, did Mr. Spearman say about

 6   Mr. Rosenstein's user name on Website A?

 7   A   He told us that --

 8            MR. SELNICK:  Your Honor, object, hearsay.

 9            THE COURT:  Overruled.

10            THE WITNESS:  He told us that there were four members

11   of the website including Mr. Spearman and Mr. Rosenstein, his

12   user name, that were the leaders of the site that had an equal

13   vote on all matters.

14   BY MR. REYNOLDS:

15   Q   And did Mr. Spearman say anything about Mr. Rosenstein

16   having any kind of authority over a particular user?

17   A   There was one user that was promoted a moderator that

18   Mr. Spearman did not want to be a moderator, and he termed it

19   as he was "Mr. Rosenstein's user name's project."

20   Q   I see.  And what, if anything, did you take away from the

21   fact that Mr. Spearman described this other user as

22   "Mr. Rosenstein's project"?

23   A   I took away that Mr. Rosenstein overruled and placed him in

24   the moderator position.

25   Q   And I apologize if you answered this before; but to be
```

Friday, December 9, 2022.

1    clear, would you describe a moderator as a sort of mid level

2    management on Website A?

3    A    Yes.

4    Q    Mr. Spearman and Mr. Rosenstein would have been superior to

5    those mid level management?

6    A    Yes.

7    Q    Did the FBI conduct a forensic analysis of the devices that

8    were seized from Mr. Rosenstein's home during the search

9    warrant?

10   A    Yes.

11   Q    And the FBI uncovered child pornography or CSAM from those

12   devices?

13   A    Yes.

14   Q    Approximately how much CSAM did the FBI uncover?

15   A    Over 150,000 individual files.

16   Q    And approximately how many devices seized from

17   Mr. Rosenstein a home contained CSAM?

18   A    There were 13 devices seized from the residence.  Two of

19   these devices actually had multiple storage mediums inside of

20   them, so in fact there were really 22 storage devices and 13 of

21   them had C Sam inside of them.

22   Q    What ages of children were depicted in this content?

23   A    Infant to teen.

24   Q    What sex acts were depicted in this content?

25   A    Anal sex, oral sex, vaginal sex with the children.

```
 1   Q    Did some of this content depict violent sexual conduct?

 2   A    Yes.

 3   Q    Torture?

 4   A    Yes.

 5   Q    Did the FBI, when analyzing Mr. Rosenstein's devices,

 6   uncover any images or videos that appeared to have been taken

 7   by Mr. Rosenstein himself?

 8   A    Yes.

 9   Q    And what did those images or videos depict?

10   A    They appeared to be images of him taking photos.

11        MR. SELNICK:  Judge, I'm going to object to that only

12   because that's CSAM in our motion to strike, and I have

13   requested the Court consider the relevancy of that.  So for

14   purposes of the record, I'm going to object.  I believe that I

15   know what the agent is going to testify to that is the subject

16   of one of our motions to strike.

17        THE COURT:  All right.  I'll overrule the objection

18   and hear the testimony.  I think the Government is correct that

19   there is statutorily no limit on the Court's consideration of

20   relevant evidence.

21        I also would note that in the plea agreement, there

22   is a provision that explicitly permits the Court's

23   consideration and receipt of relevant information.  I'll

24   certainly hear your argument later; but for now, I think it is

25   relevant to hear this testimony.
```

```
 1              Please proceed.
 2   BY MR. REYNOLDS:
 3   Q    What did these images and videos depict?
 4   A    There are really two categories of images and videos.
 5   There was a stable camera that overlooked the pool at his
 6   residence, and then there was a camera that was hand held that
 7   took pictures through the blinds, and what they were taking
 8   pictures of were children outside playing in the pool.
 9   Q    When you say "his residence," do you mean Mr. Rosenstein's
10   residence in Boynton Beach?
11   A    No, in California.
12   Q    And how did you determine that those pictures were taken in
13   Mr. Rosenstein's backyard pool in California?
14   A    You can compare satellite imagery with it to determine
15   that.
16   Q    Do these -- beyond what you have testified to already, did
17   these videos and images focus on anything in particular?
18   A    Yes.  The pictures through the blinds focused on -- they
19   were really zooming in on the child's, you know, buttocks or
20   when the child were changing -- the children were changing,
21   excuse me.
22   Q    Did the FBI uncover any notes or accompanying materials
23   alongside of these images and videos?
24   A    Yes.  There were text files that accompanied some of the
25   videos.
```

1   Q   And what did those text files say?

2   A   The text files identified times in the videos and

3   activities that were happening, such as a child was changing or

4   as simple of the word "butt," and it was when the child's

5   buttocks were exposed for the camera.

6   Q   With regard to that particular incident, use of the word

7   "butt," holed would you estimate the child in the video to be?

8   A   Three to five.

9   Q   Did the FBI locate any kind of guide on Mr. Rosenstein's

10   devices?

11   A   Yes.

12   Q   Ands what was the content of that guide?

13   A   There were actually three of them, and they were guides

14   designed to show adult men how to safely have sex -- sexual

15   relations, anal sex and oral sex with children ages three to

16   six.

17   Q   What sort of guidance did this guide provide as to how to

18   do those things?

19   A   The guide again designed to show how to do it without

20   injuring the children to the point where you could get caught,

21   and it provided anatomical designs that were independent but

22   also placed over child pornography images of children that

23   showed child anatomy and basically -- basically how the child

24   would react if there is penetration.

25   Q   Did these include advice as to things like how to prepare

1   the child's orifices to be penetrated?

2   A   Yes.

3   Q   Did it include any images or descriptions of what might

4   happen if the child was insufficiently prepared for

5   penetration?

6   A   Yes.  There was an image specifically of a child that had

7   anal and vaginal tears and bleeding.

8           MR. REYNOLDS:  Your Honor, may I have the Court's

9   indulgence for one moment?

10          THE COURT:  Yes.  I just want to know -- you may have

11  answered this question, but where was the guide located?

12          THE WITNESS:  The guide was actually located on two

13  separate devices.

14          THE COURT:  And so "devices" meaning within the

15  collection of devices found in Mr. Rosenstein's home?

16          THE WITNESS:  Yes, Your Honor, evidence seized from

17  the residence.

18          THE COURT:  Were you able to determine whether any of

19  the pornography found in the defendant's devices stemmed from

20  the Website A?  In other words, were any of the images found in

21  the collection in Mr. Rosenstein's residence the same, at least

22  in part, with some of the images traded on Website A?

23          THE WITNESS:  Yes, absolutely.

24          Many of these images are images we see on all of the

25  websites, so they are highly traded images.  So we would have

Friday, December 9, 2022.

```
 1   seen them on Website A.
 2              THE COURT:  All right.  Thank you.
 3              MR. REYNOLDS:  I'll pass the witness, Your Honor.
 4              THE COURT:  Cross-examination.
 5              MR. SELNICK:  Thank you, Your Honor.
 6                        CROSS-EXAMINATION
 7   BY MR. SELNICK:
 8   Q    Good morning, Agent.
 9   A    Good morning.
10   Q    Just on the last question that the Judge asked, you were --
11   you stated that what you saw would be typical of what you would
12   see on the websites.  I want to ask:  Specifically, are there
13   items that were found on Mr. Rosenstein's devices that were not
14   typical that you would see on websites but specifically the
15   same ones?
16   A    I don't know if we did the analysis to verify the actual
17   files that were on the website as opposed to those devices.
18   Q    So you can't say that anything that you found on
19   Mr. Rosenstein's devices specifically came from Website A?
20   A    No.
21   Q    Okay.  I want to ask you about -- you talked about the
22   users of the website and I think you said that there were
23   thousands of users.
24   A    Yes.
25   Q    Okay.  And when it came to the promotion that you talked
```

Friday, December 9, 2022.

```
 1    about that there were three or four individuals were -- had

 2    discussions on who to promote, those were specifically

 3    promotion of users of the website, correct?

 4    A    Yes.

 5    Q    And those promotions, they would have to do various things

 6    in order to get those promotions?

 7    A    There was one singular thing they had to do which was chair

 8    pornography.

 9    Q    Okay.  But specifically to users of the website?

10    A    Yes.

11    Q    Okay.  And then obviously, that would get them more access?

12    A    Yes.

13    Q    When you talked about -- I think you talked a lot about

14    that the whole website started to sort of go down after

15    Mr. Rosenstein's arrest.

16    A    Well, degraded its functionality, it didn't go down.  All

17    the rooms were still available.

18    Q    Bad question, I didn't mean go offline, but it degraded.

19    A    Yes, sir.

20    Q    And so you would agree that he was more in charge of the

21    assets of the website?

22    A    You are asking me if I agree with that statement?

23    Q    Yeah.  Being in charge of the computers, the servers, and

24    things of that, helped it run?

25    A    I would say he was heavily involved in that aspect of it.
```

1   I wouldn't agree that he was -- if you are insinuating that, if

2   it was simply involved with that, no.  He was heavily involved

3   with the running of the day-to-day operations.

4   Q    Okay.  And when you -- I think you said that there was a

5   question about the right to ban users, but again, that would be

6   users of the website.

7   A    Yes.

8   Q    Okay.  There is no -- he wasn't kicking people out of --

9   that were running the website that were part of what you would

10  say is the conspiracy?

11  A    I mean, you put words in my mouth.  I would argue they are

12  all part of the conspiracy, if they are on the website; but we

13  did not see him kick out any high level staff members, if

14  that's what you are asking.

15  Q    Okay.  And you talked about after your interview with

16  William Spearman, he was number -- you determined him to be

17  number one?

18  A    Yes.

19  Q    Okay.  And he was obviously, he was arrested and you in

20  fact, yourself, interviewed him?

21  A    Yes.

22  Q    And other than him saying that the four videos that you

23  referred to had equal access, anything other than his word that

24  everybody was of equal access?

25  A    Do you mean in the all encompassing evidence or simply from

1   what he provided?

2   Q   From evidence.

3   A   Yes, absolutely.  There is a room, as I discussed earlier,

4   that is dedicated to the leadership of the website.  There was

5   at most four members at a time.  Mr. Rosenstein was in there

6   until he was arrested.

7   Q   Okay.  All right.  And you talked a bit about this other

8   user Number 2.

9   A   I'm sorry?

10  Q   User two that -- about wanted -- Mr. Rosenstein wanted this

11  person to be the project.

12  A   Yes, sir.  I know what you are talking about.

13  Q   Okay.  He had to convince Mr. Spearman to allow him to stay

14  on, correct?

15  A   Yes.

16  Q   Okay.  So it appeared that it was really Mr. Spearman's

17  decision.

18  A   I believe it was part of the voting.  I think they would

19  advocate to each other positions, and then they would vote on

20  it.  I can't speak to whether he had unilateral decision-making

21  authority.

22  Q   Okay.  But Mr. -- well, did you see anything in the

23  computer where there was any vote on this or just discussions

24  on what may be what Mr. Rosenstein wanted as compared to what

25  Mr. Spearman wanted?

1    A    Not on this user specifically, no.

2    Q    You talked a little bit about the -- you used the word

3    "resistance" to allow him to -- Mr. Rosenstein to allow you

4    access through his codes and sign-ons, correct?

5    A    Yes.

6    Q    And though he might have been resistant, it was -- you said

7    15 minutes in that he then allowed -- gave you whatever

8    information you needed to have full access, correct?

9    A    Yes, that would be my guess.

10   Q    Okay.  Could have been a little less than 15 minutes.

11   A    Could have been a little less, could have been a little

12   more.

13   Q    But in the end he gave you full access.

14   A    He did.

15        MR. REYNOLDS:  If I can have a moment Your Honor.

16       (Brief pause in the proceedings)

17   BY MR. REYNOLDS:

18   Q    After the raid of Mr. Rosenstein's house, you did

19   immediately interviewed him, correct?

20   A    Yes.

21   Q    Okay.  And that was about one in the morning?

22   A    Yes.

23   Q    And during the interview of Mr. Rosenstein, you were -- you

24   discussed a lot that you were concerned about, whether he was

25   involved in any touching offense, correct?

```
1   A    Yes.

2   Q    Okay.  And you believed him when -- that there was no such

3   touching offense, correct?

4   A    I wouldn't say I believed him.  I would say I had no

5   evidence at that time.

6   Q    And you still don't have any evidence of that.

7   A    We have no evidence of that.

8   Q    Okay.  The photos, I think you said, were that you saw on

9   one of the devices was at his house in California.

10  A    Yes.

11  Q    Okay.  And it was a local Jewish community using the pool.

12  A    That's my understanding.

13  Q    All right.  And do you know why they were using the pool?

14  A    I believe it was because of COVID, during the height of

15  COVID and they couldn't use other pools.

16  Q    Okay.  And the access to the server you wanted

17  Mr. Rosenstein to ultimately talk to another agent, as well.

18  A    Yes.

19  Q    Okay.  And that happened.

20  A    Yes.

21  Q    All right.  And ultimately, I mean, you told him that he

22  should be concerned about himself as compared to others and

23  that was -- involved him giving you full access.

24  A    Yes.

25            MR. REYNOLDS:  Again, one more moment, Your Honor.
```

Friday, December 9, 2022.

```
 1        (Brief pause in the proceedings)
 2   BY MR. REYNOLDS:
 3   Q    Lastly, Agent, the morning of or the evening -- early
 4   morning of the raid, there was a lot of damage to his house.
 5   A    Yes.
 6   Q    Okay.  And you actually told him the division of the --
 7   Miami was going to reimburse for or try to reimburse him for a
 8   lot of that damage?
 9   A    I don't believe I told him they would, I believe I told him
10   they might.
11   Q    Okay.  And you thought the -- it was pretty excessive the
12   way they went in?
13   A    No, I don't agree with that at all.
14   Q    There was a lot of damage.
15   A    There was a lot of damage, but there is a reason why.
16             MR. REYNOLDS:  Okay.
17             MR. SELNICK:  Objection, Your Honor, relevance.
18             THE COURT:  Overruled.
19   BY MR. REYNOLDS:
20   Q    Did you tell him that you weren't you were unsure whether
21   he was even going to be arrested that night?
22   A    Yes.
23   Q    Okay.  Was that is a lie?
24   A    No, that was true.  I didn't have a complaint.
25   Q    Okay.  He was ultimately arrested though, right?
```

```
 1   A   He was.

 2   Q   That night?

 3   A   Yes.

 4             MR. REYNOLDS:  Can I please have one more moment,

 5   Judge?

 6             MR. SELNICK:  Judge, I apologize for that, I didn't

 7   know he was going to testify for the 3553 factors.  Mr. Fuchs

 8   was going to take care of the objections.  I was going to take

 9   care of the 3553.

10             THE COURT:  That's fine.

11             MR. SELNICK:  Thank you.

12   BY MR. REYNOLDS:

13   Q   In regards -- I'm not sure if you ever saw -- did you ever

14   see a transcript of the interview?

15   A   I don't believe I have seen a transcript.

16   Q   Okay.  If you need to refresh your memory, I'll ask to

17   approach and let you see it.

18             In regards to the damage to the house, did you tell

19   Mr. Rosenstein -- and I'll quote -- "But for something like

20   this, as much damage as we did, my understanding is that Miami

21   division intended is to fix it"?

22   A   I may have, I don't have the transcript in front of me.

23             MR. REYNOLDS:  Permission to approach, Your Honor?

24             THE COURT:  Granted.

25
```

1   BY MR. REYNOLDS:

2   Q   And referring you to page 100, just lines 14 through 16,

3   but feel free to read anything else --

4   A   Yes.

5   Q   -- that you think is relevant?

6   A   Thank you.

7            Can I ask where this transcript came from, who had it

8   made?

9            If this is accurate, yes, that's what I said.

10  Q   And in regards to his statement that he gave you that

11  night, he was being honest with you?

12  A   At times.

13  Q   Well, you basically -- another agent verified a lot of the

14  things that he did, in fact, say?

15  A   I don't know specifically what you are talking about.

16  Q   Was there -- who was the other agent that was there?

17  A   There were actually two agents -- well, I'm sorry, there

18  was an agent from Miami who said very little; then another

19  eight named Elliott Graves, who was the technical expert that

20  you would hear midway through the interview; and then another

21  agent named Drew Steinmetz [phonetic], who is really the

22  undercover and the expert of the people on the website, you

23  would hear later on during the interview.

24  Q   Okay.  And in regards to any allegation of touching, did

25  you tell him, I'm going to tell people the main thing that I

```
 1   believe is that the you haven't touched any children?
 2   A   Yes.
 3   Q   Okay.  And that's still true today?
 4   A   We have no evidence that he ever touched a child.
 5   Q   Okay.  One of the other agents, was there a time that they
 6   were -- whatever he was saying, they were verified, certain
 7   things?
 8   A   I mean, verifying in what way?  We have our knowledge of
 9   the website to go off of so --
10   Q   Okay.
11   A   I mean --
12   Q   What he was saying was verified and it appeared that he
13   was -- he was being truthful with you that night.
14   A   There were certainly elements during the interview where he
15   was talking about some of the users on the website, that Agent
16   Steinmetz would have known that he was telling the truth.
17   Q   And that's what you are referring to, that he was verifying
18   based on what he might have already known, the agent?
19   A   Yeah.  I don't believe we were on the website at the moment
20   to look, but the agent was the expert on the website and they
21   were talking about the users on the website.
22   Q   Okay.  That was verified -- what you had previously known
23   was what he was telling you was verified from what you
24   previously known?
25   A   I mean, there were parts of it, but it is simple for you to
```

Friday, December 9, 2022.

1   do an all encompassing question like that.  There were things

2   Mr. Rosenstein was telling us that we were able to verify

3   during the interview, yes.

4   Q   Okay.  All right.

5           MR. REYNOLDS:  Thank you, Your Honor.

6           THE COURT:  I have a quick question in terms of the

7   promotions specifically.  So I understand that you testified

8   about the defendant's ability to determine and make promotion

9   decisions.  What does that mean exactly?

10          If a user shared greater and greater amounts of child

11  pornography, he or she would get promoted to a more

12  sophisticated room, I want to know more about how that worked.

13          THE WITNESS:  Yes, Your Honor.  Again, as I stated,

14  any general individual could walk onto this website to an

15  available room and access that room and view or share child

16  pornography.  You were expected to share pornography in that

17  room to get promoted into the main room where the members only

18  room is, where you could hold our identifications only, you

19  could use that name, and you could access other members only

20  rooms.

21          THE COURT:  Okay.  Thank you.

22          Another question in terms of some of the victims in

23  this case.  Some of these series, for example, I think some an

24  "Angela" series, "Two Crazy Girls" series, "Henley" series,

25  "Vicki" series, were these series found or trafficked on the

```
 1   website, to your knowledge?
 2          THE WITNESS:  I cannot say 100 percent because we are
 3   targeting video users, we are not simply scraping everything
 4   that's on that site.  There is a great deal of child
 5   pornography on that website that we don't collect, so we
 6   usually see all of those main series on all of these sites; but
 7   I cannot specifically say that we saw that series or that
 8   series, not with the knowledge I have.
 9          THE COURT:  Thank you.
10          THE WITNESS:  Yes, Your Honor.
11          THE COURT:  Any redirect?
12          MR. REYNOLDS:  Sure, very briefly, Your Honor.
13                      REDIRECT EXAMINATION
14   BY MR. REYNOLDS:
15   Q   Special Agent Backlund, in your understanding, do you have
16   the authority to fine the FBI as to financial decisions?
17   A   I do not.
18   Q   Counsel asked you about whether or not you intended to
19   arrest Mr. Rosenstein.  At the time that you interviewed
20   Mr. Rosenstein, had a final decision been made as to whether he
21   would be arrested that night?
22   A   No.
23   Q   Was a final decision ultimately made?
24   A   Yes.
25   Q   Was that done after you concluded your interview with
```

Friday, December 9, 2022.

```
 1   Mr. Rosenstein?
 2   A   Yes.
 3   Q   And Counsel also asked you about comments that you had made
 4   regarding whether or not Mr. Rosenstein had engaged in any
 5   hands-on sexual abuse.  At the time of your interview with
 6   Mr. Rosenstein, had you seen the images and videos on his
 7   computer that were taken of children in his backyard in
 8   California?
 9   A   No.
10   Q   Had you seen the highly detailed guide about how to have
11   sex with young girls?
12   A   No.
13           MR. REYNOLDS:  Nothing further.
14           THE COURT:  Thank you, Special Agent; you may return
15   to counsel table.
16           THE WITNESS:  Thank you, Your Honor.
17       (Witness excused)
18           THE COURT:  Does that conclude the Government's
19   evidentiary presentation?
20           MR. REYNOLDS:  It does, Your Honor.  Thank you.
21           THE COURT:  All right.  Then let's begin with the
22   unresolved objections to the PSI.  Let's start with the factual
23   unresolved objections, before we get to the disputed specific
24   offense characteristics.
25           Mr. Selnick, why don't you start us off with the
```

Friday, December 9, 2022.

```
 1    first of those.
 2            MR. SELNICK:  Sure, Judge.  Let me get to the factual
 3    objections.
 4            Okay.  I think -- I may be repeating ones that were
 5    already resolved, but just --
 6            THE COURT:  I only want to focus on the unresolved
 7    factual objections.
 8            MR. SELNICK:  Okay.  If you could just give me one
 9    second, Judge.
10            THE COURT:  I think perhaps the first one concerns
11    the degree of defendant's reluctance.  There has been some
12    testimony about that.  I think this comes from paragraph 34.
13    What is your position on the wording of paragraph 34?
14            MR. SELNICK:  Okay, I've got it now.  I objected,
15    Your Honor, because you have to look at the scenario.  Do you
16    want me at the lectern, Judge?
17            THE COURT:  That's fine, whichever location you
18    prefer.
19            MR. SELNICK:  Okay.  You have to look at the scenario
20    snare of what occurred that particular morning.  It is
21    1:00 o'clock in the morning, the FBI raids his home, based upon
22    a search warrant.  They encounter Mr. Rosenstein;
23    Mr. Rosenstein encounters law enforcement for the first time.
24    They end up sharing with him that there was an investigation
25    involving pornography, and the agent is free, in his opinion --
```

1   with no disrespect to the agent, the agent is free in his

2   opinion to be able to say that he was reluctant to allow them

3   to use his personal account, whether it was 15-minutes, whether

4   it was one minute.

5          I think that basically what happened was, if you look

6   at the transcript of the testimony or listen to the testimony

7   of the statement that Mr. Rosenstein gave to Agent Backlund and

8   his associates, he was clearly cooperative.

9          When someone is first confronted by law enforcement

10  and they are asked a question; you know, well, let me think

11  about this, I don't know, I'm not sure.

12         I mean, he is confronted with this for the very first

13  time, and I think to characterize it that he was reluctant in

14  the overall picture where he did cooperate and he did provide

15  information, I think it's a mischaracterization.  It is an

16  opinion, obviously, but it's a mischaracterization in the

17  overall picture.

18         THE COURT:  All right.  Would you -- what specific

19  language would you suggest adding potentially to this paragraph

20  to give that broader context you have expressed?

21         MR. SELNICK:  Thinking out loud without coming with

22  exact words, something like, you know, it took some time for

23  Mr. Rosenstein to understand what was going on, and when it was

24  explained to him, he gave them information they wanted, words

25  to that.

1          THE COURT:  Let me inquire with the Government.  It

2    seems to me like we can resolve this by saying something like,

3    "Although he was initially very reluctant to allow them to use

4    his account for investigative purposes, he ultimately agreed to

5    give agents access to his account;" is that sufficient?

6          MR. REYNOLDS:  I think that that's fine for the

7    Government, Your Honor; that is true.  We do dispute the idea

8    that his reluctance stemmed from the fact that he was

9    disoriented in the middle of the night because he specifically

10   told the FBI that he was reluctant because he did not want to

11   harm the other people on the website; but I don't think that

12   the language that Your Honor just proposed implicates that

13   disputed issue at all.

14         THE COURT:  All right.  I concur.

15         Mr. Selnick, are you satisfied with the Court's

16   proposal?

17         MR. SELNICK:  I'm fine with that, Your Honor.

18         THE COURT:  Okay.

19         Ms. Weisberg, were you able to take that down?

20         PROBATION OFFICER:  Yes, Your Honor, I did.

21         THE COURT:  I'll ask you please note that to make

22   adjustments to the final PSI.

23         Any additional factual objections, Mr. Selnick?

24         MR. SELNICK:  No, Your Honor, only what was listed

25   and what was resolved.

 1                    THE COURT:  Okay.  I just want to make sure that you

 2       are not overlooking anything, because I believe there was

 3       something concerning a company and when he controlled it.

 4                    MR. SELNICK:  That was paragraph 34, I believe.

 5                    PROBATION OFFICER:  Ninety-nine.

 6                    MR. SELNICK:  I'm sorry, ninety-nine.

 7                    PROBATION OFFICER:  Ninety-nine.

 8                    MR. SELNICK:  Let me just double-check that.

 9                    I think we are okay.  I think we are fine.

10                    THE COURT:  Okay.  All right.  So I'm hearing that

11       there are no additional factual objections to be raised by the

12       Defense.  We have taken care of the paragraph 34 issue and

13       supplemented as noted.

14                    Any factual objections to address by the Government?

15                    MR. REYNOLDS:  No, Your Honor.

16                    THE COURT:  All right, then.

17                    Okay.  Let's turn to the first disputed specific

18       offense characteristic which is the 2G2.2(b)(3)(B) enhancement,

19       concerning the receipt of valuable consideration leading to a

20       five-level increase.  And I'll just read for the record the

21       applicable commentary which states, "The defendant distributed

22       in exchange for any valuable consideration means the defendant

23       agreed to an exchange with another person under which the

24       defendant knowingly distributed to that other person for the

25       specific purpose of obtaining something of valuable

Friday, December 9, 2022.

1    consideration from that other person such as other child

2    pornography graphic material, preferential access to child

3    pornographic material or access to a child."

4           So, Mr. Selnick, what is your argument on that

5    enhancement?

6           MR. SELNICK:  With the Court's consideration,

7    Mr. Fuchs will address that because he examined the agent.

8    Thank you.

9           THE COURT:  Okay.

10          MR. FUCHS:  The Defense still would object to that

11   enhancement.  I don't believe that the Government has met its

12   burden that this was an exchange for a thing of value,

13   specifically asked was to all even -- and I understand, it

14   doesn't have to be a monetary gain.  It could be, obviously,

15   the other pictures; but when specifically asked as to what was

16   found on the computer of Mr. Rosenstein, there was nothing that

17   could be compared to that it was, in fact, from the website.

18          So what was missing is that he did any of this for

19   purposes of being able to increase his collection of CP.  So I

20   don't believe that -- and there is certainly no evidence that

21   he received any monetary benefit from his participation.  And,

22   in fact, what is in the reports is that he had a -- I believe

23   Mr. Rosenstein will address, a misguided notion of that it was

24   involved, and the agent testified of freedom; and we would

25   submit that his participation was based on that misguided

1    notion.  But based on that, that the enhancement should not be

2    included.

3              THE COURT:  Thank you.

4              Let me hear from the Government.

5              MR. SCHILLER:  Thank you, Your Honor.  If I may

6    address the Court.

7              I don't have much to add based on the response that

8    we filed, at docket entry 38 in paragraph one; but just to

9    suggest a couple things Defense Counsel said, Defendant's

10   entire actions on the website of his distributing into the

11   website was for the purpose of obtaining the same material, and

12   as Your Honor already noted in application note one,

13   preferential access to child pornography graphic material.

14             So by distributing into the room, he gets moved into

15   that higher level access room; and by continuing in there, he

16   eventually got promoted all the way up to one of the top

17   levels, not the number two person in the room.  So he

18   distributed with the point of receiving.  That's the whole

19   purpose the room, that's the whole purpose the conspiracy and

20   advertising into the room, but also to gain preferential access

21   to child pornographic material because he was distributing at

22   such a range; otherwise, he would have never gotten to the

23   level where he did.

24             And I think it is important, the Eleventh Circuit and

25   the Fifth Circuit, for many, many 3 now, have both endorsed

1    actions nearly identical to the defendant's distribution such

2    that it acquired the five-level increase.

3            And finally, the defendant's present statement now

4    that his previous beliefs that he was doing this for purposes

5    of freedom and whatever that belief was is irrelevant.  It's

6    what he was doing at the time that matters, as far as the

7    guidelines and punishment in this case, not his belief now of

8    what he was doing.  But in that case, he was doing it knowingly

9    and voluntarily and distributing for the purpose of, if you

10   want to believe that, his freedom to do so, so that others can

11   do the same and he can receive the same, and that was the

12   purpose of it, so the five level increase is appropriate.

13           THE COURT:  All right.  Thank you.

14           Anything further from the Defense?

15           MR. FUCHS:  Judge, what I think the Government is

16   missing is that, one, his belief then which is written in the

17   PSI -- in the report and recorded -- testified by the agent is

18   that his belief then was that it was about freedom.  This was

19   nothing about "I'm going to do this in order to have access to

20   additional pictures."  And of course, there has been no

21   testimony that he received any additional pictures.

22           He got to the level based on his computer skills.  I

23   don't think there is any evidence that he posted any amount of

24   pictures and that's why he got to the number three or four, or

25   whatever they want to say was, they believe he said at number

1   two; but there is no evidence that because he posted X amount

2   that's where he got to.  It was his computer skills that

3   allowed him to participate in there.  But certainly as far as

4   receiving anything of value, I don't believe there is any

5   evidence of that.

6          THE COURT:  All right.  Thank you.

7          I'm going to deny the objection on this enhancement.

8   The enhancement applies if the defendant distributed in

9   exchange for any valuable consideration.  I think the record

10  does support that the defendant did so, and I would note the

11  format of the website and the hierarchy of the web site itself

12  indicate that the defendant's progressive rise to the members

13  only group ultimately reaching the high level of management

14  that he did I think indicates quite strongly that he did

15  distribute in exchange for other images which would have then

16  propelled him upward.

17         He also admitted to having distributed child

18  pornography over Website A which again is part of the, quote,

19  business model.

20         I note in addition that he had in his possession a

21  staggering volume of child pornography, including a guide about

22  how to instruct adults to sexually abuse minors.  There were so

23  many images in a collection that, as the PSI explains, he

24  required an additional server of sorts to store all of it.  So

25  that massive collection of child pornography, even if it

1   cross-referenced by file name to particular images on the site,

2   I think leads to a very strong inference that there was this

3   sort of continuous exchange of child pornography including the

4   common series of images that are implicated in this case, as

5   referenced in the victim impact statements.

6           So for those reasons, I think the record does support

7   by a preponderance of the evidence which is the relevant

8   standard of proof that this enhancement should apply.  Let's

9   turn to the next enhancement.

10          MR. FUCHS:  Judge, if the record would just note the

11   Defense objection to that.

12          THE COURT:  Noted.

13          All right.  Let's turn to the next enhancement which

14   is the 3B1.1(a), manager or supervisor enhancement.

15   Mr. Selnick or Mr. Fuchs, what is your argument on that?

16          MR. FUCHS:  Judge, a lot -- the testimony from the

17   Government is that he would post things on that was more

18   involved to the users of the website as well as the control or

19   participation in the -- in the servers.

20          I would argue, one, that the telling a user of the

21   website, "This is what you need to do and to post something to

22   have access," it does not fit the criteria for control over a

23   participant involved in the organization.  And there is case

24   law and I can -- I'll do the cite -- is there has been a couple

25   cases where a drug seller and it's been deemed that they don't

```
 1    have control.  They try to score -- you know, if they had 1,000
 2    customers or 100 customers, that they would use those 100
 3    customers to get over the level five for the enhancement as to
 4    five participants, and the courts have said that there is no
 5    showing that a seller of drugs has the control for the -- under
 6    the meaning of -- for that enhancement to reach the level of
 7    five participants.  And I would say the same goes for the
 8    people that are operating this website for users of the website
 9    and -- whether it's for the purposes of helping the number of
10    people, five or more, or for purposes of just showing control
11    that there is no control over those users, just telling them
12    what they need do.  Giving them directions is not control under
13    the enhancement.
14            Also, in relation to posting logs or that, I do not
15    believe that under the -- you know, the application notes
16    define a participant, "a participant is a person," and you have
17    to have control over a participant not the assets.  So I would
18    argue that being in charge of more of the -- whether it be the
19    pictures or the logs and saying, "This is the way you post
20    them" is not showing enough control over other participants in
21    the criminal organization to satisfy an enhancement.
22            THE COURT:  Okay, thank you.
23            Mr. Schiller -- oh, okay.
24            MR. REYNOLDS:  If I may address the Court, Your
25    Honor.
```

1          We submit that this enhancement is amply justified by

2     the PSI and by Special Agent Backlund's testimony.  If you can

3     analogize Website A to a publicly trading corporation, this

4     defendant would have the kind of role where he would have a

5     penthouse suite and his name would be mentioned in the SEC

6     filings.  The record evidence establishes by his own admission

7     that he is number three or four of a website that has thousands

8     of users.  The FBI believes that he has number two, and the

9     Defense points out that he managed assets, electronic assets,

10    and that's true, but this defendant also controlled, managed,

11    and organized people on the website.  That's established by the

12    record evidence.

13          He exercised decision-making authority.  He was part

14    of a small tight knit group that controlled the website.  This

15    is the command and control of Website A, this small group of

16    administrators.  He voted on moderators.  Moderators, they are

17    not the equivalent of people that purchase drugs on the corner.

18    They are mid-level business.  They are not even the equivalent

19    of people view child pornography Website A.  Special Agent

20    Backlund testified that moderators are the mid-level

21    management.  This defendant was involved in promotion of those

22    individuals; he was involved with providing instructions as to

23    how they should perform their jobs.  He exercised significant

24    authority.  Number one -- as Special Agent Backlund testified,

25    the number one individual on the website told the FBI

1   essentially in sum and in substance, that there was a moderator

2   on the website who remained a moderator by virtue of

3   Mr. Rosenstein's insistence.

4        With regard to the analogy the Defense brought up to

5   drug organizations, we would say this is simply not analogous.

6   It is clearly more than five people involved in this, even in

7   command and control structure.  The guidelines, I don't have

8   them in front of me, but they apply when the criminal

9   organization is otherwise extensive to the extent that five

10  individuals have not been mentioned in open court today.  I

11  think there is ample evidence to establish that they are

12  otherwise extensive.

13       And I would say the structure of the website makes it

14  fundamentally different from drug sales where individuals come

15  up and engage in a transaction.  People had to be invited into

16  the website.  They have to perform some kind of action, be

17  chosen for selection to come inside the website.  Once they

18  were in the website, they were expected to follow certain rules

19  that are laid out in the PSR, and those rules were promulgated

20  in part by Mr. Rosenstein.  This is a community of many, many,

21  many people who are all dedicated to the same goal.  It's not

22  the kind of commercial transaction where a bag of drugs is

23  handed off on the street corner.

24       We would just say that in the evidence amply supports

25  that Mr. Rosenstein was one of the top level leaders of this

1    complex criminal organization.

2              THE COURT:  All right.  Thank you.

3              This objection will also be rejected.  I think the

4    record ask quite clear that it -- that it is applicable, in

5    other words that the defendant was a manager or supervisor, and

6    the criminal activity was, at the very least, otherwise

7    extensive.  I think there has been testimony by the agent and

8    this is further reflected in the PSR that the defendant, by his

9    own admission, was the third or fourth ranking individual on a

10   website that included thousands of users.  He effectively

11   operated as the key administrator and manager of the site in a

12   position to control access to the site; promote or ban users;

13   establishing, at least partially, rules on the site; advising

14   staff members on where to store keys to access the site; and

15   just generally exercising substantial control over the

16   operation of the site and it's users.  I think is a

17   corroborated, as said by the PSI and the testimony today which

18   indicates that the defendant was part of that sort of small

19   group of command and control individuals.  Even if he wasn't

20   the number one, he was certainly at the very top including

21   above the moderator level.  He was editing posts, banning

22   users, in charge of backups; and I think all of that is

23   sufficient to support the enhancement.  So the enhancement for

24   manager or supervisor will remain in place and increase the

25   offense level by three levels.

1          Ms. Weisman, am I correct?

2          PROBATION OFFICER:  Your Honor, I just wanted to make

3    note that the enhancement was for him being an organizer or

4    leader not a manager or supervisor.

5          THE COURT:  So this is the four-level enhancement?

6          PROBATION OFFICER:  Four level enhancement for

7    organizer or leader.  I just wanted the record to be clear.

8          THE COURT:  All right.

9          Let me ask the Government:  Is there any distinction

10   factually on this record that would lead the Court to apply the

11   three levels instead of the four?

12         MR. REYNOLDS:  Yes, Your Honor.  I think that it is

13   clear from the testimony and from the PSI that there is a

14   hierarchy of individuals on the website.  People at the

15   moderator level I think are more suited for the manager -- the

16   three-point manager enhancement.

17         We are talking about Mr. Rosenstein is at the very

18   highest level, and I believe the guidelines commentary is clear

19   that the leader/organizer enhancement does not have to be

20   reserved for one person, it does not say.  It does not say that

21   only one person can receive this, everyone below must get

22   something else.  I think the testimony and the PSI establish

23   clearly that Mr. Rosenstein was at the very top of the pyramid

24   which is what we would submit the four-level enhancement to be

25   used for.

```
 1              THE COURT:  Let me hear from the Defense.

 2              MR. FUCHS:  Judge, obviously based on our previous

 3    argument, we object to even the manager because it was the

 4    users and property and not other people within the criminal

 5    enterprise.  If the Court is going to obviously overrule and

 6    apply some, we ask for the three-point; but obviously, our

 7    standing objection as to any.

 8              THE COURT:  But your only distinction there would be

 9    that you consider the supervision necessary as to other

10    personnel like him on the site as opposed to users; is that

11    your argument?

12              MR. FUCHS:  Yes.

13              THE COURT:  Okay.  All right.

14              Well, I don't agree that his management of other

15    users takes him outside of the realm of the four-level

16    enhancement, but I think I'm going to stick with the three

17    levels given Mr. Spearman's role in this conspiracy as the

18    purported number one.

19              So, Ms. Weisman, how would that impact the overall

20    guidelines, if it's a three level and not a four?

21              PROBATION OFFICER:  At this point, Your Honor, it

22    would be a total offense level of a 40, with a criminal history

23    category of one would be 292 to 365 months.

24              THE COURT:  All right.  Thank you for that

25    clarification.
```

1          Anything further on this enhancement?

2          MR. REYNOLDS:  No, Your Honor.

3          THE COURT:  All right.  Okay.  Then let's turn to I

4    think the final dispute, which is the use of a computer under

5    2G2.2(b)(6).  I understand the Defense argument to be mostly

6    policy oriented that even though by the terms the enhancement

7    applies it shouldn't because it is all too consuming; is that

8    correct?

9          MR. SELNICK:  It is, if I can just be heard briefly.

10         THE COURT:  Sure.

11         MR. SELNICK:  Judge, you probably just said it better

12   than I can; but I've made this argument before in these cases

13   because I am very, very concerned about the way this operates

14   in federal sentencing law.

15         I can remember many, many 3 ago, when there were

16   issues for a statute in federal practice that dealt with honest

17   services clause.  Now, I'm not making a comparison to the

18   honest services fraud and child pornography, but any of us who

19   dealt with those cases, you would always go in and there was

20   something wrong, something just wasn't right about it; but at

21   the time, the case law seemed to support it.  And even though

22   it looked right, maybe it didn't smell right, the law said that

23   it was right.  So until it was reversed, it was always upheld.

24         My concern in these cases when it comes to using a

25   computer for child pornography stems from the fact that you get

1    a crime that occurred with a computer, then you get a two-level

2    enhancement for use of a computer.  And I am aware of the

3    straight forward language, I am aware of 2G2.29(b)(6); but my

4    concern, as you well articulated, in light of the history, the

5    way the child pornography has been collected, you know, I

6    submit the two-level enhancement should not apply where the

7    majority of the transfers in sharing all occur in today's world

8    via an electronic device and within the click of a button.

9            Similarly, I made the second argument, on paragraph

10   54, that the defendant would object to an additional two points

11   for prepubescent minors.  It is the same click of the same

12   button; and yes, it is duplicate counting.  If the Court is

13   going to uphold anything, which I assume you will based on the

14   law, I would tell you to not uphold the extra two points for

15   the prepubescent minor and given the two points for the use of

16   the computer, but I think it should be one or the other because

17   we are clearly talking about the same type of conduct.  And it

18   just seems to bump up what someone in a position of

19   Mr. Rosenstein is in, when someone has come in, accepted

20   responsibility and owned it, and now they get punished for the

21   same conduct but different categories of that conduct.

22           That's the extent of the objection that I have made,

23   and I would ask the Court to consider that.

24           THE COURT:  Thank you.

25           All right.  Any argument from the Government?

```
 1              MR. SCHILLER:  Judge, I just want to point the Court
 2    to United States v. McRee  that we filed in our response, 625
 3    Federal Appendix 430, an Eleventh Circuit opinion only from
 4    about seven years ago, 2015; and the defense in that argument
 5    made the policy argument, cited even a 2012 commission report,
 6    but the court held the report, didn't change the statutory
 7    sentencing scheme, the applicable sentencing guidelines, or
 8    binding precedent of 2G2.2 in this circuit.  And since 2012,
 9    there have been continuous attacks against the guidelines, and
10    there have been no changes when there has been every
11    opportunity to do so.  So we have to follow the law as written,
12    and the law says it applies to factually does a reply in this
13    case.
14              There are scenarios where both of those special
15    offense characteristics do not apply.  Yes, they are small
16    percentages of cases, but they exist; and in this case, they do
17    exist.  So there is no statutory judicial or administrative
18    framework for this Court to ignore the application of that
19    two-level increase on either special events characteristics.
20              THE COURT:  Thank you, Mr. Schiller.
21              I think the case law and the text of the provision is
22    clear and requires application of the computer enhancement.
23    That much needs to be said on what has already been set forth
24    in the papers.  But again, I think the language is clear, and
25    there is really know factual objection to its application in
```

Friday, December 9, 2022.

```
 1   this case.  It is really just a policy view.  If the commission
 2   wants to amend its provision, it is, I'm sure, more than
 3   capable of doing so, but it hasn't.  So at this point, the
 4   Court is going to apply the enhancement as written, which I
 5   think takes care of the outstanding legal objections to the
 6   PSI.
 7             Anything further, Mr. Selnick?
 8             MR. SELNICK:  No, Judge; I'll just note that one as
 9   well as a standing objection.  Thank you.
10             THE COURT:  All right.
11             Anything further from the Government on the PSI
12   objection?
13             MR. REYNOLDS:  No, Your Honor.
14             THE COURT:  Okay.
15             Ms. Weisberg, have I missed any of the other
16   objections?
17             PROBATION OFFICER:  No, Your Honor.  Thank you.
18             THE COURT:  Okay.  I think we are at a point now to
19   state for the record the applicable calculations.  As noted
20   earlier, the total offense level is now 40, taking into account
21   the three-level as opposed to the four level aggravating role
22   under 3B1.1; criminal history category one produces an advisory
23   guideline range of 292 months to 365 months imprisonment.
24             Ms. Weisberg, does this have any other impact at one
25   point on any of the other calculations in the PSI?
```

Friday, December 9, 2022.

1          PROBATION OFFICER:  No, Your Honor, it does not.

2          THE COURT:  Okay.  Well, then, we will proceed.

3          The supervisory release range is five years to life;

4    the fine range is $50,000 to $500,000; there is a mandatory

5    special assessment of $700, $100 for each of the seven counts

6    of conviction; there is an AVAA assessment of $227,000,

7    although no such assessment is recommended; and then there is a

8    JVTA assessment, under Section 3014 of Title 18, in the amount

9    of $35,000.

10          Have I set forth those calculations correctly?

11          Mr. Selnick, I understand you are preserving your

12   objections.

13          MR. SELNICK:  Keeping my objections preserved, yes,

14   you have, Your Honor.

15          THE COURT:  Anything to add by the Government?

16          MR. REYNOLDS:  Just a point of clarification, Your

17   Honor.  My understanding from reading the papers was that

18   probation offices recommending that the AVAA assessment not be

19   assessed at this time, pending a resolution of restitution

20   which we will address later; but I don't know if I

21   misunderstand the Probation Office.

22          PROBATION OFFICER:  That is correct.

23          THE COURT:  Okay.

24          You're referring to which assessment?

25          MR. REYNOLDS:  To the AVAA assessment.

```
 1              THE COURT:  Yes, yes.

 2              MR. REYNOLDS:  And the Government would support

 3    conferring ruling on that today to later, at a time when we can

 4    resolve restitution as well.

 5              THE COURT:  Okay.  And am I correct that the victim's

 6    losses are not yet ascertainable at this point?

 7              MR. REYNOLDS:  That is correct.

 8              THE COURT:  Okay.

 9              All right.  Well, then I have set forth the

10    calculations as determined by the Court, and so let's proceed

11    to hear argument on an appropriate sentence, starting with the

12    Government.

13              MR. REYNOLDS:  Your Honor, may I address the Court

14    from the lectern?

15              THE COURT:  Yes, please.

16              MR. REYNOLDS:  Your Honor, as you saw from our

17    papers, we are recommending a sentence for 30years.  I would

18    recommend that's still a guideline sentence, even with the

19    Court's ruling on the aggravated role enhance.  There is just

20    no other way to put it, the offense conduct here was

21    outrageous, and so much so that it is difficult to imagine a

22    nonproduction child pornography offense being much more

23    aggravated than the one Mr. Rosenstein engaged in.  He was --

24    as the Court heard today, he was one the top level leaders of a

25    large international technologically sophisticated community
```

1    dedicated to the sexual exploitation of children, and this

2    community existed because of Mr. Rosenstein and the other

3    people who were involved in its management and its maintenance

4    and its perpetuation.  He wasn't just a user.  He wasn't just a

5    member.  He was at the very top of the pyramid.

6            This criminal organization facilitated the

7    victimization of countless children through the traffic in

8    their images and videos.  And I do mean the word "countless"

9    literally.  The United States Government cannot possibly

10   determine how many images, how many children were involved,

11   given the complexity of the website and the intensity of the

12   traffic and the length of time that it was active.

13           Of course, as Your Honor read from the victim impact

14   statements, the victims of child pornography offenses, even

15   those whose abuse has already concluded, suffer terribly from

16   the ongoing traffic in their image -- in their images and

17   videos.  It is a psychological burden they carry for their

18   whole lives that was compounded by this defendant's actions.

19   It wasn't just -- again, the Government is not alleging and

20   does not have any evidence that Mr. Rosenstein engaged in

21   hands-on offenses, but clear that the website, in some sense

22   facilitated hands-on offenses.

23           I would direct the Court to paragraph 20E of the PSR

24   that details some of the rules of the website, one of which

25   gives people guidance as to how to share child pornography they

Friday, December 9, 2022.

1    have produced themselves without being caught.  It says, "If

2    you're going to share your own content, make sure to blur your

3    face, make sure to blur your tattoos."  This is something that

4    happens on this website.  And as Special Agent Backlund

5    testified, there were users of this -- the most predictable

6    thing imaginable -- users of this website who were interested

7    in child pornography were, in fact, sexually abusing child

8    outside of the website.  Again, something that could be

9    expected given the subject matter of the site.

10          The site also instructed individuals about how not to

11   get caught; how to keep doing this and not to get caught.  So

12   it is not as if this was a fringe community who has fringe

13   interest, people on this website know that what they are doing

14   is illegal.  And there is advice, some of it provided by this

15   defendant, about how to trade child pornography on the internet

16   while evading detection.  The thing about that advice, Your

17   Honor, that advice is good.  Special Agent Backlund testified

18   that not all of the members of this website have been

19   identified.  It is very likely that some of them will never be

20   identified, and that's because of the technological

21   sophistication of this website which operated over the tour

22   network and gave people significant amounts of advice about how

23   to evade law enforcement.

24          I should note that the role that Mr. Rosenstein

25   played on this website was a significant one, but it also took

1   significant amounts of planning and preparation and time and

2   dedication.  I would say that it's at least a part-time job

3   what he did on this website, possibly even a full-time job over

4   the course of years, so this is not some offense where someone

5   had a momentary lapse of judgment or they were overcome by

6   passions and committed some act that they shouldn't have.  This

7   was a dedicated constant course of criminal activity.

8          Even aside from the factors I've outlined, the

9   Government remains very concerned about the level of danger

10  that Mr. Rosenstein poses to the community.  His offense

11  conduct is highly aggravated.  It is clear that he has a sexual

12  interest in children.  That's clear from his offense conduct.

13  That's clear from the voluntarily of the content that he had on

14  his computer.

15         He has a skill set a highly refined technological

16  skill set that allows him to commit crimes online without being

17  detected, as he did for many years before the FBI found him.

18  And as we laid out in our briefs, he has engaged in behavior

19  that is very concerning both with the illicit voyeuristic

20  photographing of small children playing in his backyard who

21  thought they were coming to a place where they could get out of

22  the restrictions of the COVID pandemic; instead, they are

23  filmed throughout the defendants blinds.  Also with regard to

24  the guide that Special Agent Backlund testified about in rather

25  nauseating detail which it is not a simple matter of fancy, it

1   is a playbook about how to have penetrated sex with young

2   children.

3           Based on these factors, the Government remains very

4   concerned about the level of danger that Mr. Rosenstein poses

5   to the community.  These are, of course, not the only

6   sentencing factors the Court can consider and the Court should

7   consider, but we would submit that there is no other sentencing

8   factor that outweighs what I have said here today and what we

9   put forth in our briefs.  On this basis, Your Honor, we would

10  submit that a downward departure or variance is not appropriate

11  in this case; a guideline sentence is, and we recommend a

12  sentence of 30years.

13          THE COURT:  Thank you.

14          MR. SELNICK:  Your Honor, I have two witnesses to

15  call first, if I may.

16          THE COURT:  Yes.

17          MR. SELNICK:  The first witness I would call is Amy

18  Rosenstein.  Do you want her sitting in the witness box, Your

19  Honor?

20          THE COURT:  She can just -- are we going to do a

21  formal cross-examination or is this more in the form --

22          MR. SELNICK:  She is going to make a statement.  I

23  explained to her that the Government could cross-examine her,

24  if they so choose.  Whatever the Court's preference, if you

25  want her there, she can come up here, whatever works.

Friday, December 9, 2022.

1          MR. SCHILLER:  We have no intent of cross-examining.

2          THE COURT:  Let's hear from Ms. Rosenstein at the

3    lectern.

4          THE COURTROOM DEPUTY:  Swear her in, Your Honor?

5          THE COURT:  Yes, sir, please.

6          THE COURTROOM DEPUTY:  Please raise your right hand.

7    **ANNE MARIE ROSENSTEIN, DEFENSE WITNESS, SWORN**

8          THE COURTROOM DEPUTY:  Please state your name,

9    spelling your first and last name.

10         THE WITNESS:  It's Ann Marie Rosenstein, A-N-N-E;

11   another word, M-A-R-I-E, R-O-S-E-N-S-T-E-I-N; but I go by the

12   name of "Amy."

13         MR. SELNICK:  Before you start speaking, can you tell

14   us what your relationship currently is to Selwyn Rosenstein?

15         THE WITNESS:  I was married to him for 13years.  We

16   remained really, really good friends after that; and about a

17   year-and-a-half ago, we decided to both move from California to

18   Florida and to live together and consolidate our lives.

19         MR. SELNICK:  Did you come here today to share some

20   of your thoughts with Judge Cannon as she considers the

21   sentencing?

22         THE WITNESS:  Yes, I did.

23         MR. SELNICK:  Why don't you go ahead, Ms. Rosenstein.

24         THE WITNESS:  Thank you.

25         MR. SELNICK:  Speak up so we can hear you.

Friday, December 9, 2022.

```
 1            THE WITNESS:  First of all, Your Honor, I want to
 2    thank you for giving me this opportunity to speak on behalf of
 3    Selwyn.  I couldn't in a million years have ever imagined
 4    myself in this courtroom in this situation and under these
 5    circumstances.  It just seems so surreal to me.
 6            So Selwyn is such a good man, and he is such a kind
 7    man, and I can only attribute what he did to very, very poor
 8    judgment on his part.  He is probably the most patient and
 9    supportive person that I have ever known.  When I was quite a
10    lot younger and I was working as a secretary at Ernst & Young,
11    I was sure that I could do what I saw the other accountant and
12    auditors doing around me, and so I decided to go back to school
13    at night and to make a career change.  And the problem was I
14    didn't have a clue what I was doing.  I had never reconciled a
15    bank statement in my life before, and he supported me; and he
16    helped me; and he taught me the difference between debts and
17    credits, and I can tell you I'm not really a very patient
18    person.  So for him, it must have been quite a challenge to be
19    able to do that; but he helped me, he supported me, he
20    encouraged me.  He spent hours explaining things to me, and he
21    never lost his patience with me.  He never gave up, and it was
22    in large part thanks to him that I was able to pass the CPA
23    exam and to become the accountant that I had aspired to be, and
24    I certainly couldn't have done it without him.
25            It wasn't just me that he has helped and supported in
```

```
 1   this way.  I was truly awed by the reactions when I called his
 2   clients to let them know what had happened in this matter.  And
 3   at first, they were in disbelief; but then, they wanted to know
 4   what they could do for him, what they could do for me.  They
 5   don't even know me, and they were so truly, truly supportive
 6   and it just made me realize the level of respect that he had
 7   gained from his clients over all of the years that he had
 8   supported them, that he had always gone the extra mile for them
 9   and helped them along the way and how much they appreciated
10   that.
11          Another thing that's really impressed me about him
12   over these past few months has been his integrity and his sense
13   of responsibility, when he was incarcerated and he knew that he
14   was going to be incarcerated for an indefinite period of time,
15   and one of the things that he was most concerned about was that
16   I would make sure that all of his obligations and his
17   commitments were honored.
18          I have also always been in awe of his generosity
19   towards his family.  He has supported and helped financially
20   multiple members of his family.  At times, even simultaneously,
21   and he is, in fact, been close to being the sole support for
22   his sister.  He bought -- she is not here today.  She is not
23   well, she wasn't able to make it; but he bought a condo for her
24   so that she would have somewhere to live.  And he pays all --
25   he was paying all of the property taxes, the insurance, the
```

1    monthly HOA fees, as well as just other routine expenses like

2    her cellphone bill.  And he did this all on his own dime.  He

3    didn't expect anything in return from her.  And I'm going to

4    continue supporting her because I know that is what he would

5    want me to do.  I'm not quite sure how I'm going to manage it.

6    I know I'll find a way to do that.

7         Your Honor, my heart breaks for him because he has

8    already lost everything that he worked his whole life for.  An

9    extended sentence at his advanced age is -- it's going to leave

10   him with nothing.  It is going to leave him with no meaning, no

11   purpose in his life, so I ask for Your Honor's consideration of

12   all of his good and positive traits and also for any compassion

13   to the extent possible that you could afford him when

14   determining the length of his sentence.

15        I'm sure that given a chance, he could once again

16   play a positive role in helping and uplifting others within his

17   environment based on his education, his expertise, and his

18   generosity of spirit, despite his conviction; and I beg you,

19   please, not to deny him that chance.

20        Thank you, Your Honor.

21        THE COURT:  Thank you.

22        MR. SELNICK:  Your Honor, I would call Elicia Mary

23   Gibson.

24        **ELICIA MARY GIBSON, DEFENSE WITNESS, SWORN**

25        THE COURTROOM DEPUTY:  Please state your name for the

```
 1   record and spell your last name.
 2           THE WITNESS:  My name is Elicia, E-L-I-C-I-A, Mary
 3   Gibson, G-I-B-S-O-N.
 4           MR. SELNICK:  Ms. Gibson, let me just ask you what is
 5   your relationship to Selwyn Rosenstein?
 6           THE WITNESS:  Selwyn is my brother-in-law.
 7           MR. SELNICK:  How long have you known Selwyn for?
 8           THE WITNESS:  Forty-five years.
 9           MR. SELNICK:  I know you're here to give a statement
10   to Judge Cannon, before you do that, can you tell us a little
11   about your background?
12           THE WITNESS:  Yes.
13           I'm sorry, Judge, I'm a little upset, but I'll try
14   and get through it.
15           I am from South Africa.  I live in Capetown.  I came
16   here to support my sister and my brother-in-law in this
17   terrible situation that we find ourselves in.
18           I am -- I am -- I was the first magistrate --
19   criminal magistrate appointed in Capetown District Court ever.
20   I have a criminal law enforcement background.  I started my
21   career around 1986 as a prosecutor in the criminal court, did
22   that for an about three years; and then I became -- I was
23   approached to become a magistrate.  I did that for about four
24   years; then, I went to the Office of the Attorney General in
25   Capetown, that's like Mr. Schiller.  I was a state advocate --
```

```
 1   what we would call a "state advocate," so I prosecuted in the

 2   high court and I took care of criminal appeals that would come

 3   from convictions, so I would go up to the appellate division.

 4   I have got quite a lot of experience.

 5           And I want to ask your forgiveness beforehand.  I'm

 6   not by any stretch the imagination coming here to try and say

 7   I'm a better or it's just that I do know something about

 8   criminal law enforcement and maybe that might -- it might

 9   influence some of the things I might say here today.

10           MR. SELNICK:  Ms. Gibson, based upon that, you came

11   here with that background as well as being a relative of

12   Mr. Rosenstein's, and do you have some thoughts and things that

13   you would like to share with Judge Cannon?

14           THE WITNESS:  Yes.

15           MR. SELNICK:  Why don't you do that, please.

16           THE WITNESS:  Thank you very much, Your Honor, first

17   of all, for giving me the opportunity.  I really do appreciate

18   it.

19           I know that it's a weighty and something to pass

20   sentence on a person because it requires a lot of balance

21   between the severity of what has happened and the personal

22   circumstances of the person that you find in front of you.  I

23   would like to first shine a light, if I may, on a little bit of

24   what I know about Selwyn, what I know about him from the last

25   45years.
```

1          I met him when I was maybe 13 or 14years old, a young

2      girl.  My sister Amy was at varsity and they met at varsity

3      studying together.  Right from the beginning, Your Honor,

4      Selwyn was a person of character.  A soft-spoken person, not a

5      person who threw his weight around.  He was a dependable

6      person, a person who was tied to his family in so many ways.  I

7      can remember we were raised as Roman Catholics.  I can remember

8      going and meeting his family and going on Friday evening to the

9      sabbath and saying the prayers or watching them say the

10     prayers.  And they were devout people, they were simple people.

11     They were people I would never have imagined, Your Honor, that

12     we would find ourselves in this situation here today.  I can't

13     even begin to try and account for it.

14         I know Selwyn as a principled person, as a person

15     who, to my knowledge, would never hurt another person.  And I

16     have noted today that it has been said that there is no --

17     there is no evidence that the Government can produce to say

18     that he has ever harmed anybody physically, and I'm asking you,

19     Your Honor, to take that into account.

20         I know -- and I'm not pleased, not in a million

21     years, but I do not try to condone what has happened or of what

22     he has been found guilty of.  I understand the need for

23     sentencing obviously.  It's obvious to any person who lives in

24     a civilized community that that needs to follow upon this; but,

25     Your Honor, I'm asking you to have regard to the fact that he

```
 1    is 69-years old to begin with.  On the 17th of March, he is
 2    going to be 70, your Honor.  And I understand there is a
 3    mandatory minimum, I understand that's 15years.  So even if he
 4    were to serve the mandatory minimum, that would make him
 5    85years old when he got out, if he got out.  Your Honor, I just
 6    want to suggest that that's, in itself, something that's almost
 7    tantamount to a life sentence, that 15years.  I'm just want to
 8    suggest that it might be a little bit different if you had a
 9    defendant before you who was 40-years old, in their 30's.  But
10    in this case, the impact of a sentence of that nature is likely
11    to take away what remains of the rest of his life.  And there,
12    I would like to just join issue with what Amy said about
13    leaving a person with nothing left to hope for, nothing left,
14    no glimmer of redemption somewhere.
15         Somewhere in the future, if you -- if you repent for
16    what you have done and you start trying to make yourself a
17    constructive citizen, and you are starting to use your
18    circumstances so that you can -- so that you can rehabilitate
19    yourself and you can once again maybe just have that prospect
20    of going outside and breathing some free air.  Your Honor,
21    that's all I'm trying to beg for.
22         I know, Your Honor, that your hands are tied.  Your
23    hands are tied in the sense that you don't have a discretion
24    that goes beyond the minimum.  And I understand what the
25    Government said about sending a message out to like minded
```

1   individuals in the community and how deterrence is so

2   important.

3          Your Honor, I would like to ask you to take into

4   account that he did -- he's confessed his role.  He has owned

5   up what -- what he has done.  There is a great deal of value,

6   Your Honor, in that, in repentance in not trying to lead the

7   Government by the nose, not trying to contest, not trying to go

8   into a trial, not trying to drag things out; coming forward and

9   saying this is what I have done, however egregious it is.

10          I want to ask just one more thing, Your Honor.  I

11  know the Government is asking for 30years, and I know that we

12  are -- that we are dealing with a minimum of 15; but, Your

13  Honor, there no possibility that one could be a little bit not

14  imaginative but just thinking about sentence in a different way

15  that you said, I give you 30years, but I suspend 15.  You serve

16  your 15, you serve your mandatory minimum; you want to come

17  out, maybe you can come out; maybe you can prove yourself, you

18  come out; if you do the slightest thing, you come back here

19  before me and I send you away, and I have given you your

20  opportunity, I have accounted for the severity of this crime

21  and I have given you the opportunity to improve.  I have given

22  you the opportunity to prove to yourself, to prove to your

23  country, to prove to everybody that has been swept up under the

24  blanket of this terrible thing that's happened.  But there is a

25  possibility of redemption and that I can cater for this in my

Friday, December 9, 2022.

```
 1    sentence, that I can combine the severity with -- and the need

 2    for deterrence with that -- with that appreciation of the

 3    circumstances of this person before me and the person -- I know

 4    the Government doesn't know this person, and they could say to

 5    us, to Amy and to me, "You say this guy is so wonderful, but at

 6    the same time, he was doing these things you didn't know about

 7    him."  But on the other hand, Your Honor, he is that guy.  He

 8    is that guy that we know.

 9            We didn't know the guy that the Government knows

10    about, so all I'm saying is an opportunity, Your Honor, for

11    mercy to be a component of whatever sentence you might choose

12    to impose.  And it is with great respect that I make these

13    submissions, and I hope that they will fall and favorable ears.

14    I think that's it.

15            THE COURT:  Thank you.

16            MR. SELNICK:  Your Honor, before I address the Court,

17    Mr. Rosenstein would like to address the Court.  Do you want

18    him in the well of the court or want him to stay right there?

19            Come up and address the Court, if it is okay with the

20    marshals.

21            THE COURT:  Yes, I think we determined this is okay.

22            THE COURTROOM DEPUTY:  Swear him in, Your Honor.

23            THE COURT:  Yes, please.

24            THE COURTROOM DEPUTY:  Raise your right hand.

25            SELWYN ROSENSTEIN, DEFENDANT, SWORN
```

Friday, December 9, 2022.

1          THE COURTROOM DEPUTY:  Could you please state your

2     name for the record?

3          THE WITNESS:  Selwyn David Rosenstein; good morning

4     Your Honor.

5                      DIRECT EXAMINATION

6     BY MR. SELNICK:

7     Q   Mr. Rosenstein, did you prepare a statement that you would

8     like to share with Judge.

9          Judge, I just realized that the gentleman that came

10    in is the rabbi, I believe.

11         THE COURT:  I noticed that as well.  Let's finish

12    this elocution and then we will address that.

13         MR. SELNICK:  Yes, Your Honor.

14    BY MR. SELNICK:

15    Q   Did you prepare a statement for Judge Cannon's

16    consideration before she pronounces sentence?

17    A   I did.

18    Q   Why don't you share that with Judge Cannon, and I'll tell

19    you to speak up so we can all hear you.

20    A   Thank you.

21         It is with a strong degree of sadness that I appear

22    before you.  I am sorry for everyone that has had to become

23    involved in this because of my actions.  I would never have

24    thought that at 69years old, I would be standing before a

25    United States District Court Judge asking for some degree of

1   leniency.

2          I'm particularly will sorry to all of the children

3   who are victims and continue to be victimized by child

4   pornography.  I apologize to the Government, the agents

5   involved, and of course my family.

6          I grew up in a loving family where education, love,

7   and patience ruled the day.  I was taught right from wrong and

8   never before this incident did anything to violate the law.  I

9   am forever grateful for the family I had.

10          After college, I pursued a career and developed my

11   own business.  Not having children, I always made sure that

12   relatives and family and friends were thought of and taken care

13   of.

14          After a career and lifetime in California, my ex-wife

15   and I moved to South Florida.  I was lucky in the sense that I

16   got a second chance to be a friend and share part of my life

17   again with my beloved Amy.  Although we were not romantically

18   involved as when we were younger, our friendship and respect

19   for each other brought us back together on a path which we

20   thought would let us live out of the rest of our lives

21   together.

22          I continued my work in Florida, and Amy was able to

23   work remotely from here, as well, having sold our properties in

24   California.  We hoped to enjoy our Florida home and make some

25   additional income from rental property.

1            All my life, I have strived to be an honest, upright,

2    helpful, and productive member of society in my community.  As

3    a child, I participated as a boy scout.  I have been a

4    hardworking person.  From an early age, I delivered newspapers

5    before school in the mornings and worked multiple jobs to help

6    my family.  I have always donated to charity or sponsored an

7    event at my local synagogue or assist friends with computer

8    issues.

9            My father passed from a heart attack when I was in

10   high school, and my mother died from complications of heart

11   disease in 1999.

12           Excuse me, Your Honor.

13           I met my wife when we were both in college in South

14   Africa.  After we graduated, we were married.  A few years

15   later, we came to the United States, and I went to work for a

16   computer company.  When the company was bought out and the new

17   owners came in, I was laid off.  I then started my own company

18   which I incorporated in 1984.  I became a workaholic which

19   unfortunately put a strain on our marriage.  We eventually grew

20   apart and separated.

21           I engaged in behaviors regarding this case which, at

22   the time, didn't seem to me that I was hurting anyone.  I have

23   come to realize that couldn't be further from the truth.  EU

24   indulged in viewing and collecting child pornography.  I also

25   was requested to write the programs which made it available to

1    others.  I was not involved in any physical contact with

2    children, so I foolishly and wrongfully justified in my mind

3    this was okay.  This could not have been any further from the

4    truth.  "Sorry" is not a strong enough word for how I feel.  I

5    realize there is no excuse or explanation for my conduct which

6    would in any way be rational, especially from someone who is

7    college educated and supposed to be a smart man.

8         I have also made myself available to operate and

9    testify, if and when needed, against anyone else in this case.

10   I gave a second statement to the FBI and federal prosecutors in

11   the presence of my attorneys which further detailed my

12   involvement.  I know I'm going to prison.  I hope and pray that

13   you look on the rest of my life -- look at the rest of my life,

14   my current age, and good things I have done in my life and show

15   me some degree of mercy so that some day, even as an old man, I

16   can be released from prison and breathe some free air before I

17   die.  I know how hard your job is having to punish while, at

18   the same time, having to balance what is right.

19        I hope to find some light at the end of the tunnel.

20   I know I will forever be a sex offender and not be able to live

21   the life I was lucky enough to live previously, but I put

22   myself here and there is no one else to blame.

23        In a prison setting, I will do all I can to help

24   others.  I can teach people to read, how to do simple math,

25   even how to learn the English language.  I'm hoping I can go to

1  a facility where I can get additional counseling and treatment.

2  I would like to use my education for the benefit of others.

3          I know the pain I've caused and will live with that

4  forever.  Your Honor, I'm very sorry for everything that has

5  happened.  I do hope you find it in your heart to afford me

6  some degree of leniency.

7          Thank you.

8          THE COURT:  Thank you, Mr. Rosenstein.  You may

9  return to counsel table.

10          MR. SELNICK:  Do you think I can have five minutes to

11  talk to this witness?

12          THE COURT:  So we are going to take a ten-minute

13  break during which you can confer with your potential witness.

14          The court is in recess.

15          MR. SELNICK:  Thank you.

16      (Recess was had at 10:54 a.m.; and the proceedings

17      Resumed at 11:14 a.m.)

18          THE COURT:  Please be seated.

19          All right.  Mr. Selnick, anything further?

20          MR. SELNICK:  Just one brief witness, before I argue

21  to the Court.  I would call Rabbi Yosef Rachek .

22          Rabbi, you may approach the lectern, please.

23          THE COURTROOM DEPUTY:  Sir, if you could please raise

24  your right hand to be sworn.

25          **RABBI YOSEF RACHEK, DEFENSE WITNESS, SWORN**

 1                THE COURTROOM DEPUTY:  Please state your name for the

 2     record.

 3                THE WITNESS:  Yosef Yitzhak Rachek.

 4                MR. SELNICK:  You can put your hand down.

 5                           DIRECT EXAMINATION

 6     BY MR. SELNICK:

 7     Q    You can put your hand down.  Take a deep breath, know need

 8     to be nervous.

 9                I just want to ask you:  Your occupation is you're a

10     rabbi, correct?

11     A    Yes.

12     Q    You have a congregation?

13     A    Yes.

14     Q    Your congregation is where?

15     A    West Boynton Beach.

16     Q    What is the congregation's name?

17     A    Habbab of West Boynton.

18     Q    In the context of having that congregation, have you had an

19     opportunity to meet Selwyn Rosenstein?

20     A    Yes.

21     Q    How long have you known Selwyn Rosenstein for?

22     A    He came to Florida about a year-and-a-half ago I think to

23     buy the house, in April.  He came, we got to know him a little;

24     then I think over the summer, he moved out.  I would say

25     probably a little over a year.

                         Friday, December 9, 2022.

```
 1  Q   Do you have some comments about your knowing Mr. Rosenstein
 2  for the time you would like to share with Judge Cannon?
 3  A   Yes.
 4  Q   Why don't you do that, sir.  Thank you.
 5           THE WITNESS:  Your Honor, so I got to know Selwyn for
 6  about a year -- and I'm sorry, just a little emotional -- it is
 7  hard to see this situation -- and I apologize.
 8           Selwyn came to our temple and right away, we became
 9  close friends.  He got very involved.  Just to give you an
10  example, it was last year in September, just after the high
11  holidays, Selwyn came over to me and he gave us a rather large
12  donation.  And I looked at him, I'm like, what is this
13  unsolicited.  And he said, well, he had sold his home in Los
14  Angeles -- and in Judaism, we give 10 percent to charity -- and
15  he is like, I'm just coming to offer.  And right away, I saw
16  that he was just a very generous, caring person.
17           We have something called a minyan where we have to
18  pray in a group with ten men together.  Unfortunately, my
19  father passed away exactly a year ago this week.  Wednesday
20  marks the year; and after that, we needed to start daily, so we
21  had -- we had this over Shabbat, over the weekend.  We didn't
22  have daily, morning, and night.  And it is a difficult
23  commitment, and whenever we needed someone to come, Selwyn, we
24  had a group, like a WhatsApp group text.  Selwyn always
25  volunteered to come -- his time to come to minyan; whenever
```

Friday, December 9, 2022.

1    needed, he was there.

2            He was in our house many times.  Children liked him;

3    he was just very nice, pleasant, good person to be around, very

4    generous, caring.  And we built up a beautiful relationship

5    over the years.  He came to classes, always had questions

6    learning.  Just on my end as a rabbi, not knowing anything

7    else, just very pleasant, generous, a caring good person,

8    that's the Selwyn Rosenstein that I knew.

9            In Judaism, you know, the Torah has got beliefs that

10   everybody has a purpose in life.  Every one of us has a purpose

11   in life, and it would just be hard to see somebody that I know

12   that has so much to offer and give just to sit away and rot,

13   and so on, so forth.  The Torah system is somebody got wacked,

14   they got lashed -- lashes and it was over.

15           Just, I love Selwyn, we care for him, and I hope you

16   find it in your heart to do whatever you do the best way.

17           THE COURT:  Thank you, sir.

18           MR. SELNICK:  Thank you.

19           Judge, that would conclude the Defense presentation.

20   I just have some argument for the Court's consideration.

21           THE COURT:  All right, thank you.

22           MR. SELNICK:  Judge, just so that the record is

23   clear, I think you mentioned it before, the motion to strike,

24   you ruled that -- that the Government could bring in any

25   relevant information, is that correct, just so I have the

1    record clear?

2          THE WITNESS:  Yes.  I did want to address that more

3    specifically.  You're moving to strike what exactly; the letter

4    sent by Mr. Rosenstein's niece?

5          MR. SELNICK:  The letter sent by the nieces, yes.  I

6    just felt that even in the light most favorable to the

7    Government, I thought that that was -- they were irrelevant.

8          THE COURT:  Let me just ask you.  Why is it

9    sufficient to hear good character evidence from people that

10   know the defendant and can speak to his positive straits?  Why

11   is it problematic to show evidence about him from another

12   individual, even if it is detrimental to the overall picture

13   that you're portraying?

14         MR. SELNICK:  I don't have any problem with, as one

15   might say, "bad evidence."  What I have the problem with,

16   because everyone has a right to present something, my problem

17   was the relevance of that and the attenuation to this case, and

18   the fact that a relative, years later, comes in and tells this

19   story to the Court and is inserting themselves into a case that

20   they don't know anything about.  They are writing a letter

21   because there was some issue, at least from her perspective, on

22   Mr. Rosenstein.  If the Court determines to give it whatever

23   weight you give it, I understand.  I just didn't think it is

24   relevant.

25         THE COURT:  All right.  Let me hear from the

Friday, December 9, 2022.

1   Government briefly on this.

2          MR. REYNOLDS:  Your Honor, exactly as you put it, it

3   is a character letter, and the content of that letter is

4   relevant to the defendant's history and characteristics and a

5   number of other sentencing factors in 3553(a), as we put in our

6   papers with can the Court to consider it.

7          THE COURT:  All right.

8          So I'm going to deny the motion to strike.  I think

9   statutorily, there is no basis to strike it from the sentencing

10  record.  What weight to give it, I think, is bound up in the

11  Court's discretion.  But as a matter of striking the letter, I

12  don't think that's appropriate in the same way that I wouldn't

13  disregard good character evidence that can shed light about the

14  defendant's characteristics as a person.  So for those reasons,

15  I'll deny the motion to strike.

16         MR. SELNICK:  Understood, Your Honor.  Thank you.

17         Judge, if I may, just briefly.

18         The Court has certainly read my motion and sentencing

19  memorandum asking for a variance from the advisory guideline

20  range.  The range has gone down slightly, 292 to 365 based upon

21  the Court's ruling.

22         The Government certainly filed their documents in

23  response and gave their perspective.  Where I don't necessarily

24  agree with the Government with no disrespect is that

25  Mr. Rosenstein is not an evil person or is not the danger that

1    he seems to be claimed to be.  He did what he did, we have

2    never taken issue with it.  He has owned it from the moment he

3    decided to take a plea of guilty.  He hasn't made an excuse.

4    He didn't plead guilty with an explanation.  He didn't plead

5    guilty because of this or that.  He pled guilty.

6            What this very intelligent, college educated man did

7    was wrong.  He engaged in a behavior that is outside of any

8    boundaries that he has been raised with or lived with, but he

9    owned it.  So no matter what the Government can say, we are not

10   taking issue, we are not fighting.  I don't know if it is a

11   matter how many times he can be slapped or how many times he

12   can be knocked down.  But he did it, and there is no one on our

13   side of the courtroom that's going to say otherwise.

14           I've tried to present to you the positives in his

15   life.  I tried to show the Court he lived a productive and

16   successful one, prior to getting involved in the matters that

17   bring us here.  I'm hoping the Court will take those things

18   into consideration:  The things that he did to help others, his

19   parents, his sister; the relationship he had with his ex-wife;

20   his sister-in-law coming all the way from South Africa to

21   testify before the Court.

22           And while Mr. Rosenstein clearly understands, as I

23   do, that he has to face punishment, the punishment -- the

24   question I have is how much punishment will he face.  And his

25   sister-in-law said it the best.  He is going to be 70-years-old

Friday, December 9, 2022.

1   in March.  That doesn't mean that someone who is older gets a

2   pass or a break, but it is something that the Court should

3   consider.  And I have said in my memorandum that it seems that

4   for a first offender, a 15-year mandatory minimum sentence

5   could clearly be tantamount to a life sentence for

6   Mr. Rosenstein.

7           In his statement to law enforcement -- and I don't

8   believe in any way that Mr. Backlund was fooling him.  There

9   were things that he believed.  There was information he was

10  trying to get from him; and what's clear is that there is no

11  evidence that he was involved in any touch offenses or

12  production offenses with children.

13          I know that there has been talk about this play book,

14  and I'll call it that without getting into anything in any more

15  detail, the subject matter which is not great subject matter.

16  It is on Mr. Rosenstein's computer.  The evidence -- there is

17  no evidence as to whether or not he wrote it, he authored it,

18  or he put it together; but because it is on his computer, he

19  owns it.  It was there and there is nothing that we can do

20  about that.  Regardless of who wrote it, it shouldn't be on the

21  computer, but it was.

22          At no time has Mr. Rosenstein undermined the concern

23  for those children who were victimized by those who view,

24  trade, and make available child pornography; but I hope that

25  there is somewhat of a difference between this and touch

1    offenses.

2            And the agent was very, very clear in doing his job,

3    continuing to ask him has he ever touched a child, has he ever

4    touched a child; and Mr. Rosenstein denied that repeatedly.

5    And one can't simply say or infer he must have touched without

6    proof.

7            The Government -- and we just talked about this --

8    provided information of a relationship that Mr. Rosenstein

9    purportedly had with a niece, and the niece advised her opinion

10   to the Court in a letter.  I think the niece reached out to the

11   Court outside of the lawyers initially, and that may be

12   something which this Court frowns on; or it may be to some

13   morally wrong, but it has nothing to do with this case.  And I

14   have to say that because he did this with a relative, there is

15   no reason that he be punished more severely.  That makes no

16   sense.

17           The whole issue with the Jewish Community Center, you

18   didn't hear us take issue with that.  Another thing that Mr.

19   Rosenstein probably shouldn't have done, but it still doesn't

20   make him a touch offender.  We didn't come in here to make an

21   excuse, just wanted to explain the photographs were taken and

22   how it got there.

23           I argued that the enhancements for all of the subject

24   matters notwithstanding the status of the current guidelines

25   seem to punish the same conduct more than once, sometimes even

1    two or three times.  The enhancements, in my opinion, appear to

2    be arbitrary and they always result in a potentially harsher

3    sentence.  My question is:  How could there be any type of

4    child pornography without the enhancements?  If that's the

5    case, then I hate to see him punished for conduct which is

6    above what he is charged with.  And I think that was part of my

7    argument, what is the difference if there is an enhancement for

8    use of computer, prepubescent, any type of child pornography.

9    It is not anyone is going to stand before Your Honor and say

10   there is good child pornography and there's bad child

11   pornography.  If you do this, it's bad; if you do this, it's

12   not as bad.  Child pornography is illegal, period, no matter

13   what it is, and I find that the enhancements somehow aggravate

14   a situation for which there would be sufficient punishments

15   nonetheless.

16          And without sounding repetitive, I do believe that a

17   first offender at 69-years-old facing a mandatory minimum of 15

18   years involves a very sufficient sentence.

19          And I'm not suggesting that anyone should like or

20   approve of child pornography.  I have done a lot of these

21   cases.  I have sat in courtrooms with -- like this with

22   Mr. Schiller many times, and I understand that this is not

23   something that society tolerates in any way; but, we still have

24   to go back to the sentencing process and look at an individual.

25   And I just don't want the sentencing process to get lost,

1    because society's view of this type of behavior.  It is not

2    just the prison time.  He will be an old man.  He will be a sex

3    offender.  He will be a convicted felon, and he is going to

4    have to spend the rest of his life whatever is left having to

5    deal with everything that goes with this.

6          I know that in the sentencing memorandum, I shared

7    with you one or two cases where people got downward departures;

8    and Mr. Schiller in response, of course, shared cases where

9    individuals did not get downward departures.  There are many,

10   many other cases where, in my opinion, people did worse and

11   didn't get such a bad sentence.

12         I think of a case that Mr. Schiller is well aware of.

13   There was a trafficking case in West Palm Beach, a gentleman

14   named Snipes who I think got a 15-year mandatory for

15   trafficking with a child.  But every case is different, every

16   case has it's particular reasons why things happen.  So

17   Mr. Schiller and I or any government attorney or any defense

18   lawyer can present to you all day long, well, in this case, the

19   court did this; in this case, the court did that.  But while

20   that may give you guidance, you have to look at what you have

21   here, and I get that and I fully understand that.

22         I am asking the Court to weigh everything that has to

23   be weighed here and look at the good, look at the bad, and look

24   at what is fair; and I would hope that a sentence of 15years

25   following what would probably be a lifetime of supervision

1    would be sufficient.

2           If, for some reason, the Court finds that that's not

3    sufficient, I'm asking that you sentence him to the lowest end

4    of the guidelines because any sentence that he receives is

5    going to be a sentence that is certainly exacerbated more given

6    the circumstances and given his age.

7           I believe the Defense has presented everything we

8    could possibly present.  The Government has certainly done the

9    same, and I ask the Court just to consider everything.  And I

10   know that you will be fair.

11          Thank you, Your Honor.

12          THE COURT:  Thank you.

13          I will ask in terms of the motion to strike that the

14   Government file under seal the letter submitted by the

15   defendant's niece so the record is complete.  Please take care

16   of that early next week, Mr. Schiller.

17          MR. SCHILLER:  Yes, ma'am.

18          THE COURT:  Are there any other matters to discuss

19   before the Court imposes sentence?

20          MR. SELNICK:  None from the Defense, Your Honor.

21          THE COURT:  Anything from the Government?

22          MR. REYNOLDS:  No, Your Honor.  We have a few

23   housekeeping items, but we can take them up afterward.

24          THE COURT:  Okay.

25          Well, as I said at the outset, I have reviewed the

```
 1    full sentencing record along with today's lengthy presentation.
 2    I think really what I'm presented with is an unimaginable
 3    tragedy of extremely disturbing proportions, and I can't even
 4    really capture it in words.
 5               I think the record shows, Mr. Rosenstein, that you
 6    and a very small group of individuals acted as the command and
 7    control of a nefarious dark website made up of thousands of
 8    users trafficking in some of the most file content I have been
 9    presented with.  You managed the day-to-day operations of this
10    website.  You engaged in significant decision-making authority
11    about who gained access to this disturbing network.  You made
12    decisions about who would be promoted or banned.  You made
13    editing decisions and backup decisions on the site.  You
14    provided instructions, you and the others on this website on
15    how to evade law enforcement.  And ultimately what I see is you
16    playing a very important role in facilitating this website of
17    what I would describe as virulent and violent abuse of
18    children, including very, very young children being victimized
19    and then further traumatized by the constant distribution of
20    their abuse for the sexual interests of other disturbed
21    individuals.  And you did this, I would say, for years
22    attaining this very high level rank, as has been demonstrated
23    ultimately, as I said, facilitating this abuse of young
24    children in a way that really cannot be reduced to words.
25               So this is, in my view, a truly astonishing case of
```

1    child pornography, coupled also by what I see here in the PSI

2    as a staggering collection of child pornography that you stored

3    in myriad devices in your home; and among those images, as we

4    discussed, were voyeuristic images taken of young children

5    playing close to your home with file names and even describing

6    their body parts.  The guide again or has been called the "play

7    book" is really so disturbing, and I think no one disagrees.

8          These actions collectively really are just not

9    compatible with any semblance of a civilized society and, for

10   that reason, they require a very significant sentence as a

11   consequence of your crimes.

12         I have evaluated all of the factors in this decision,

13   the seriousness and the nature of the offense, of course, the

14   need for general deterrence which I think is very high,

15   especially insofar as anyone else would ever fathom playing an

16   administrative role as you did in the management of these dark

17   websites that are hard to detect from a law enforcement

18   perspective.  There is specific deterrence for you in

19   particular given I think the danger that you present to

20   society, even without evidence of hands-on physical abuse, and

21   I am accepting that premise and will acknowledge there is no

22   evidence that you engaged in any hands on abuse.

23         On the flip side, of course, there is personal

24   characteristics that I think your relatives have very

25   eloquently described, and what I would say about that is that

Friday, December 9, 2022.

1    sentencing is never one dimensional.  How it is that someone

2    with your knowledge and sophistication came to traffic in this

3    vile content is truly hard for me to understand, but it is what

4    it is and it happened.

5            I have considered your personal characteristics and

6    it is again, as I would say, a true tragedy.  Nevertheless, I

7    am cast with factoring and balancing all of these factors, and

8    I see simply no basis to depart or vary from the advisory

9    guideline range that I determined to be 292 to 365 months.

10           Of course, I recognize your advanced age, but

11   unfortunately, it was your decision to commit these crimes at a

12   very mature age, notwithstanding perhaps the knowledge and

13   wisdom that one aims to acquire over time.  Instead of using

14   your talents for good, you channeled them into this vile

15   network that I think the record reflects.

16           So for all of these reasons, sir, having considered

17   all of the factors, I believe that a reasonable and appropriate

18   sentence and one that fully reflects the true horror of your

19   actions is 28 years in imprisonment or 336 months followed by a

20   lifetime of supervised release.

21           The Court has considered the statements of all

22   parties, the presentence report which contains the advisory

23   guidelines, and the statutory factors set forth in Title 18,

24   United States Code, Section 3553(a).

25           A sentence will be imposed within the advisory

1    guideline range, as this Court has found that to be sufficient

2    punishment and deterrence for the offenses.

3         It is the finding of the Court that the defendant is

4    able to pay the JVTA assessment, and I do want to just confirm

5    with the Government.  That assessment does not need to wait for

6    a restitution hearing, or am I incorrect about that?

7         MR. REYNOLDS:  Correct, Your Honor.  The only finding

8    that the Court needs to make is that he is not indigent.

9         THE COURT:  Okay.  So I do find that you're able to

10   pay the JVTA assessment, given the financial profile in the PSI

11   and that you were not indigent.  I will reserve ruling on any

12   additional assessments, pending the determination of

13   restitution.

14        It is the judgment of the Court that the defendant,

15   Selwyn Rosenstein, is committed to the Bureau of Prisons to be

16   imprisoned for 336 months.  This term consists of 336 months as

17   to each of counts two through seven, and 240 months as to count

18   eight all to be served concurrently.

19        It is further ordered that because the victim's

20   losses are not ascertainable, the Court will set a date for the

21   final determination of the victim's losses not to exceed 90

22   days after sentencing.

23        When can we have that hearing, Ms. Nicato?

24        THE COURTROOM DEPUTY:  Yes, Your Honor, that would be

25   Monday February 27, 2023, at 10:00 A.M.

Friday, December 9, 2022.

```
 1            THE COURT:  All right.  Counsel, please note your

 2   calendars.

 3            Once restitution is ordered, during the period of

 4   incarceration, payment shall be made as follows:  One, if the

 5   defendant earns wages in a federal prison industry's job, the

 6   defendant must pay 50 percent of wages earned toward the

 7   financial obligations imposed by this judgment in a criminal

 8   case; two, if the defendant does not work in a UNICOR job, the

 9   defendant must pay a minimum $25 per quarter toward the

10   financial obligations imposed in this order.  Upon release from

11   incarceration, the defendant shall pay restitution at the rate

12   of 10 percent of monthly gross earnings until such time as the

13   Court may alter that payment schedule in the interest of

14   justice.

15            The U.S. Bureau of Prisons, U.S. Probation Office,

16   and U.S. Attorney's Office shall monitor the payment of

17   restitution and report to the Court any material change in the

18   defendant's ability to pay.  These payments do not preclude the

19   Government from using any other anticipated or unexpected

20   financial gains, assets, or income of the defendant to satisfy

21   the restitution obligations.  The restitution shall be made

22   payable to the clerk of courts and forwarded to the 400 North

23   Miami Avenue address in Miami.  Restitution then will be

24   forwarded by the clerk of the court to the victims.

25            It is further ordered that the defendant shall pay to
```

1    the United States a total fine of $25,000.  The fine is payable

2    to the Clerk, United States Courts, and is to be forwarded to

3    the same 400 North Miami Avenue address.  The fine is payable

4    immediately.  The U.S. Bureau of Prisons, U.S. Probation

5    Office, and U.S. Attorney's Office are responsible for

6    enforcement of this order.

7            Upon release from imprisonment, the defendant shall

8    be placed on supervised release for a term of life.  This term

9    runs concurrent to all counts two through eight.

10           Within 72 hours of release from the custody of the

11   Bureau of Prisons, the defendant shall report in persons to the

12   probation office in the district to which the defendant is

13   released.

14           While on supervised release, the defendant shall

15   comply with the mandatory and standard conditions of supervised

16   release which include not committing any crimes, being

17   prohibited from possessing a firearm or other dangerous device,

18   not unlawfully possessing a controlled substance, and

19   cooperating in the collection of DNA.

20           The defendant also shall comply with the following

21   special conditions:  Computer possession restrictions,

22   permissible computer examination, data encryption restriction,

23   computer modem restriction, employer computer restriction

24   disclosure, no contact with minors, no involvement in youth

25   organizations, sex offender treatment, restriction from

1    possession of sexual materials, Adam Walsh Act search

2    conditions, sex offender registration, and unpaid restitution,

3    fines, or special assessments as noted in Part F of the

4    presentence report.

5          It is further ordered that the defendant shall pay

6    immediately to the United States a special assessment of $100

7    mandatory for of each counts two through eight yielding a total

8    of $700 in special assessments.  There is the fine that I

9    mentioned earlier of $25,000, and in addition to that, the JVTA

10   assessment of $35,000 and that's comprised of 5,000 as to each

11   of counts two through eight.

12         The total sentence is therefore 336 months

13   imprisonment, restitution to be determined at a later date, a

14   lifetime of supervised release, a special assessment of $700, a

15   total 35,000 JVTA assessment, and a $25,000 fine.

16         I understand there is a proposed forfeiture order

17   that was filed; is that correct?

18         MR. SCHILLER:  Yes, Your Honor, mentioning 13 items.

19         THE COURT:  Okay.  I will have that entered via

20   written order following this hearing.  I'll note that it was

21   unopposed.

22         I just want to inquire of Probation.  Have I covered

23   all the components?

24         PROBATION OFFICER:  Yes, Your Honor.  Thank you.

25         THE COURT:  Okay.

Friday, December 9, 2022.

1            Now that sentence has been imposed, does the

2    defendant or his counsel object to the Court's finding of fact

3    or to the manner in which sentence was pronounced?

4            MR. SELNICK:  Not to the finding of fact or the

5    manner in which, just the objections raised previously to the

6    guidelines; otherwise, no.

7            I do have one question when the Court is ready.

8            THE COURT:  I do want to just acknowledge that you

9    have preserved your objection to the calculation of the

10   guidelines and those enhancements, as you have described.

11           Mr. Rosenstein, you have the right to appeal the

12   sentence imposed, any notice of appeal must be filed within 14

13   days of the entry of the judgment.  If you're unable to pay the

14   cost of an appeal, you may apply for leave to appeal in forma

15   pauperis.

16           I do believe there was an appeal waiver in the plea

17   agreement, but I will nonetheless advise you of your appellate

18   rights.

19           Anything further from the Defense?

20           MR. SELNICK:  I would just ask that -- and I've

21   explained to Mr. Rosenstein, it may be nonbinding, but that you

22   recommend to the Bureau of Prisons that he be considered for

23   housing either at Marianna FCI or Coleman FCI here, in the

24   State of Florida.

25           THE COURT:  I'm going to decline a facility

Friday, December 9, 2022.

1  recommendation; but if the desire is to be in Florida, I can

2  make that part of the judgment.

3          MR. SELNICK:  Thank you.

4          THE COURT:  Okay.  Any other requests from the

5  Defense?

6          MR. SELNICK:  No, Your Honor.

7          THE COURT:  Okay.  Anything from the Government?

8          MR. REYNOLDS:  The only remaining housekeeping item

9  we have, Your Honor, is in accordance with the plea agreement,

10 we would ask the Court to dismiss count one of the indictment.

11         THE COURT:  Thank you.  Count one will be dismissed.

12         Okay, Mr. Rosenstein, I understand this is a very

13 significant sentence for a very significant crime.  I do hope

14 that you can find some solace in your heart to cleanse yourself

15 of this vile activity.  I am heartened by the family support

16 that has been demonstrated today, and I wish you all of the

17 best.  God bless you, sir.

18         THE DEFENDANT:  Thank you, Your Honor.

19     (PROCEEDINGS ADJOURNED AT 11:45 a.m.)

20

21

22

23

24

25

Friday, December 9, 2022.

1                    **C‑E‑R‑T‑I‑F‑I‑C‑A‑T‑E**

2              I hereby certify that the foregoing is

3         an accurate transcription and proceedings in the

4         above‑entitled matter.

5

   _**5/31/2023**_                    _**/s/DIANE MILLER**_
6    DATE                        DIANE MILLER, RMR, CRR, CRC
                                 Official Court Reporter
7                                United States District Court
                                 101 South U.S. Highway 1
8                                Fort Pierce, FL  34950
                                 772‑467‑2337
9

10

11   )

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Friday, December 9, 2022.

**BY MR. REYNOLDS: [9]** 7/20 16/14 19/2 26/17 28/2 28/19 29/12 29/25 33/14

**BY MR. SELNICK: [4]** 22/7 70/6 70/14 75/6

**MR. FUCHS: [6]** 39/10 41/15 43/10 43/16 49/2 49/12

**MR. REYNOLDS: [30]** 3/7 5/20 7/10 21/8 22/3 26/15 27/25 28/16 29/4 29/23 32/5 33/12 34/13 34/20 37/6 38/15 44/24 48/12 50/2 53/13 54/16 54/25 55/2 55/7 55/13 55/16 79/2 85/22 89/7 94/8

**MR. SCHILLER: [9]** 4/17 4/23 6/8 7/13 40/5 52/1 60/1 85/17 92/18

**MR. SELNICK: [53]** 3/12 4/15 6/13 6/25 16/8 18/11 22/5 28/17 29/6 29/11 35/2 35/8 35/14 35/19 36/21 37/17 37/24 38/4 38/6 38/8 39/6 50/9 53/8 54/13 59/14 59/17 59/22 60/13 60/19 60/23 60/25 63/22 64/4 64/7 64/9 65/10 65/15 69/16 70/13 74/10 74/15 74/20 75/4 77/18 77/22 78/5 78/14 79/16 85/20 93/4 93/20 94/3 94/6

**PROBATION OFFICER: [11]** 3/19 37/20 38/5 38/7 48/2 48/6 49/21 53/17 54/1

54/22 92/24

**THE COURT: [100]**

**THE COURTROOM DEPUTY: [13]** 3/3 7/14 7/16 60/4 60/6 60/8 63/25 69/22 69/24 70/1 74/23 75/1 89/24

**THE DEFENDANT: [2]** 3/17 94/18

**THE WITNESS: [25]** 6/5 7/18 16/10 21/12 21/16 21/23 32/13 33/2 33/10 34/16 60/10 60/15 60/22 60/24 61/1 64/2 64/6 64/8 64/12 65/14 65/16 70/3 75/3 76/5 78/2

**$**

**$100 [2]** 54/5 92/6
**$227,000 [1]** 54/6
**$25 [1]** 90/9
**$25,000 [3]** 91/1 92/9 92/15
**$35,000 [2]** 54/9 92/10
**$50,000 [1]** 54/4
**$500,000 [1]** 54/4
**$700 [3]** 54/5 92/8 92/14

**/**

**/s/DIANE [1]** 95/5

**1**

**1,000 [1]** 44/1
**10 percent [2]** 76/14 90/12
**100 [3]** 30/2 44/2 44/2
**100 percent [1]** 33/2
**1000 [1]** 1/21
**101 [1]** 95/7
**10:00 [1]** 89/25
**10:30 [1]** 7/1
**10:54 [1]** 74/16

**110 [1]** 1/7
**1100 [1]** 1/14
**11:14 [1]** 74/17
**11:45 [1]** 94/19
**13 [4]** 17/18 17/20 66/1 92/18
**1301 [1]** 1/14
**13years [1]** 60/15
**14 [2]** 30/2 93/12
**143 [1]** 7/24
**14years [1]** 66/1
**15 [7]** 15/12 26/7 26/10 68/12 68/15 68/16 83/17
**15-minutes [1]** 36/3
**15-year [2]** 81/4 84/14
**150,000 [1]** 17/15
**15years [3]** 67/3 67/7 84/24
**16 [1]** 30/2
**1645 [1]** 1/20
**17th [1]** 67/1
**18 [3]** 5/12 54/8 88/23
**1984 [1]** 72/18
**1986 [1]** 64/21
**1999 [1]** 72/11
**1:00 o'clock [1]** 35/21

**2**

**20005 [1]** 1/15
**2012 [2]** 52/5 52/8
**2015 [1]** 52/4
**2022 [1]** 1/5
**2023 [2]** 89/25 95/5
**20E [1]** 56/23
**22 [1]** 17/20
**22-CR-80107 [1]** 3/3
**22-CR-80107-CANNON [1]** 1/2
**23 [1]** 2/5
**2337 [1]** 95/8
**240 [1]** 89/17
**27 [1]** 89/25
**28 [1]** 88/19
**292 [4]** 49/23 53/23 79/20 88/9
**2G2.2 [3]** 38/18

**50/5 52/8
**2G2.29 [1]** 51/3

**3**

**30's [1]** 67/9
**3014 [1]** 54/8
**30years [4]** 55/17 59/12 68/11 68/15
**33 [1]** 2/6
**33401 [2]** 1/18 1/21
**336 [4]** 88/19 89/16 89/16 92/12
**34 [4]** 35/12 35/13 38/4 38/12
**34950 [1]** 95/8
**35,000 [1]** 92/15
**3553 [6]** 5/12 5/23 29/7 29/9 79/5 88/24
**365 [4]** 49/23 53/23 79/20 88/9
**38 [1]** 40/8
**3B1.1 [2]** 43/14 53/22

**4**

**40 [2]** 49/22 53/20
**40-years [1]** 67/9
**400 [3]** 1/17 90/22 91/3
**430 [1]** 52/3
**45years [1]** 65/25

**5**

**5,000 [1]** 92/10
**5/31/2023 [1]** 95/5
**50 percent [1]** 90/6
**500 [1]** 1/17
**54 [1]** 51/10

**6**

**625 [1]** 52/2
**63 [1]** 2/8
**66 [1]** 2/9
**69 [1]** 2/11
**69-years [1]** 67/1
**69-years-old [1]** 83/17
**69years [1]** 70/24

**7**

**70 [1]** 67/2

**70-years-old [1]** 80/25
**72 [1]** 91/10
**75 [1]** 2/13
**772-467-2337 [1]** 95/8

**8**

**80107 [1]** 3/3
**85years [1]** 67/5

**9**

**90 [1]** 89/21

**A**

**a.m [4]** 74/16 74/17 89/25 94/19
**ability [2]** 32/8 90/18
**above [3]** 47/21 83/6 95/4
**above-entitled [1]** 95/4
**absence [1]** 14/1
**absolutely [2]** 21/23 25/3
**abuse [8]** 34/5 42/22 56/15 86/17 86/20 86/23 87/20 87/22
**abused [1]** 10/17
**abusing [2]** 10/13 57/7
**accepted [1]** 51/19
**accepting [1]** 87/21
**access [25]** 10/1 11/2 11/7 11/9 23/11 24/23 24/24 26/4 26/8 26/13 27/16 27/23 32/15 32/19 37/5 39/2 39/3 40/13 40/15 40/20 41/19 43/22 47/12 47/14 86/11
**accompanied [1]** 19/24
**accompanying [1]** 19/22
**accordance [1]** 94/9
**According [1]**

**A**

**According...** [1]
13/2

**account** [10]
14/14 15/3 15/6
36/3 37/4 37/5
53/20 66/13 66/19
68/4

**accountant** [2]
61/11 61/23

**accounted** [1]
68/20

**achieve** [1] 5/11

**acknowledge** [2]
87/21 93/8

**acquired** [1] 41/2

**act** [2] 58/6 92/1

**acted** [1] 86/6

**action** [1] 46/16

**actions** [7] 11/22
40/10 41/1 56/18
70/23 87/8 88/19

**actively** [1] 10/13

**activities** [1] 20/3

**activity** [3] 47/6
58/7 94/15

**acts** [1] 17/24

**Adam** [1] 92/1

**add** [2] 40/7
54/15

**adding** [1] 36/19

**addition** [5] 5/22
6/2 6/13 42/20
92/9

**address** [18] 4/9
4/11 5/14 6/14
38/14 39/7 39/23
40/6 44/24 54/20
55/13 69/16 69/17
69/19 70/12 78/2
90/23 91/3

**ADJOURNED** [1]
94/19

**adjudicated** [1]
5/7

**adjustments** [1]
37/22

**administrative** [2]
52/17 87/16

**administrator** [2]
13/23 47/11

**administrators** [1]
45/16

**admission** [2]
45/6 47/9

**admit** [2] 6/6
10/21

**admitted** [1]
42/17

**adult** [1] 20/14

**adults** [1] 42/22

**advanced** [2]
63/9 88/10

**advertise** [1] 5/2

**advertisement** [1]
5/3

**advertising** [1]
40/20

**advice** [6] 12/21
20/25 57/14 57/16
57/17 57/22

**adviser** [1] 6/17

**advisory** [5]
53/22 79/19 88/8
88/22 88/25

**advocate** [3]
25/19 64/25 65/1

**affidavit** [1] 11/1

**afford** [2] 63/13
74/5

**Africa** [3] 64/15
72/14 80/20

**afterward** [1]
85/23

**age** [6] 63/9 72/4
73/14 85/6 88/10
88/12

**agent** [39] 2/3 3/9
5/21 7/9 7/22 7/23
8/11 9/4 13/16
14/9 15/16 18/15
22/8 27/17 28/3
30/13 30/16 30/18
30/21 31/15 31/18
31/20 33/15 34/14
35/25 36/1 36/1
36/7 39/7 39/24
41/17 45/2 45/19
45/24 47/7 57/4
57/17 58/24 82/2

**agents** [4] 30/17
31/5 37/5 71/4

**ages** [3] 10/8
17/22 20/15

**aggravate** [1]
83/13

**aggravated** [3]
55/19 55/23 58/11

**aggravating** [1]
53/21

**agreement** [3]
18/21 93/17 94/9

**AILEEN** [1] 1/10

**aims** [1] 88/13

**air** [2] 67/20
73/16

**Alisha** [1] 6/15

**allegation** [1]
30/24

**alleging** [1] 56/19

**allotted** [1] 3/23

**allow** [7] 9/25
15/5 25/13 26/3
26/3 36/2 37/3

**allowed** [2] 26/7
42/3

**allows** [1] 58/16

**almost** [1] 67/6

**alongside** [1]
19/23

**alter** [1] 90/13

**although** [3] 37/3
54/7 71/17

**amend** [1] 53/2

**AMERICA** [2] 1/4
3/4

**amount** [5] 11/11
15/8 41/23 42/1
54/8

**amounts** [3]
32/10 57/22 58/1

**ample** [1] 46/11

**amply** [2] 45/1
46/24

**AMY** [9] 2/8 6/14
59/17 60/12 66/2
67/12 69/5 71/17
71/22

**anal** [3] 17/25
20/15 21/7

**analogize** [1]
45/3

**analogous** [1]
46/5

**analogy** [1] 46/4

**analysis** [2] 17/7
22/16

**analyzing** [1]
18/5

**anatomical** [1]
20/21

**anatomy** [1]
20/23

**Ands** [1] 20/12

**Angela** [1] 32/24

**Angeles** [1] 76/14

**Ann** [1] 60/10

**ANNE** [1] 60/7

**anticipated** [1]
90/19

**anticipation** [1]
4/14

**apologize** [4]
16/25 29/6 71/4
76/7

**appeal** [5] 93/11
93/12 93/14 93/14
93/16

**appeals** [1] 65/2

**appearance** [1]
3/5

**APPEARANCES**
[1] 1/12

**appellate** [2] 65/3
93/17

**Appendix** [1]
52/3

**applicable** [4]
38/21 47/4 52/7
53/19

**application** [5]
40/12 44/15 52/18
52/22 52/25

**applies** [3] 42/8
50/7 52/12

**apply** [8] 43/8
46/8 48/10 49/6
51/6 52/15 53/4
93/14

**appointed** [1]
64/19

**appreciate** [1]
65/17

**appreciated** [1]
62/9

**appreciation** [1]
69/2

**approach** [3]
29/17 29/23 74/22

**approached** [1]
64/23

**approve** [1] 83/20

**arbitrary** [1] 83/2

**argue** [5] 10/19
24/11 43/20 44/18
74/20

**argued** [1] 82/23

**argument** [16]
5/14 5/19 18/24
39/4 43/15 49/3
49/11 50/5 50/12
51/9 51/25 52/4
52/5 55/11 77/20
83/7

**arrest** [2] 23/15
33/19

**arrested** [7] 13/16
13/20 24/19 25/6
28/21 28/25 33/21

**arrival** [1] 6/24

**articulated** [1]
51/4

**articulating** [1]
15/14

**ascertainable** [2]
55/6 89/20

**ask that** [1] 93/20

**aspect** [1] 23/25

**aspired** [1] 61/23

**assessed** [1]
54/19

**assessment** [14]
54/5 54/6 54/7
54/8 54/18 54/24
54/25 89/4 89/5
89/10 92/6 92/10
92/14 92/15

**assessments** [3]
89/12 92/3 92/8

**assets** [5] 23/21
44/17 45/9 45/9
90/20

**assigned** [2] 7/25
8/2

**assist** [1] 72/7

**associates** [1]
36/8

**assume** [2] 8/8
51/13

**astonishing** [1]
86/25

**attack** [1] 72/9

**attacks** [1] 52/9

**attaining** [1]
86/22

**A**

attenuation [1] 78/17
attorney [3] 1/16 64/24 84/17
Attorney's [2] 90/16 91/5
attorneys [1] 73/11
attribute [1] 61/7
auditors [1] 61/12
AUSA [2] 1/13 1/16
Australian [1] 1/17
authored [1] 81/17
authority [10] 12/23 13/1 13/3 13/6 16/16 25/21 33/16 45/13 45/24 86/10
AVAA [3] 54/6 54/18 54/25
Ave [1] 1/17
Avenue [3] 1/14 90/23 91/3
avoid [1] 10/6
awe [1] 62/18
awed [1] 62/1

**B**

B-A-C-K-L-U-N-D [1] 7/18
background [3] 64/11 64/20 65/11
backing [3] 12/1 13/12 13/13
BACKLUND [17] 2/3 3/9 6/2 7/13 7/15 7/18 13/16 14/9 15/16 33/15 36/7 45/20 45/24 57/4 57/17 58/24 81/8
Backlund's [1] 45/2
backup [1] 86/13
backups [2] 13/9 47/22
backyard [3] 19/13 34/7 58/20
bag [1] 46/22

balance [2] 65/20 73/18
balancing [1] 88/7
ban [3] 12/23 24/5 47/12
bank [1] 61/15
banned [1] 86/12
banning [1] 47/21
basis [3] 59/9 79/9 88/8
Beach [7] 1/18 1/20 1/21 14/11 19/10 75/15 84/13
beautiful [1] 77/4
beforehand [1] 65/5
beg [2] 63/18 67/21
behavior [3] 58/18 80/7 84/1
behaviors [1] 72/21
belief [4] 41/5 41/7 41/16 41/18
beliefs [2] 41/4 77/9
beloved [1] 71/17
below [1] 48/21
benefit [2] 39/21 74/2
beyond [2] 19/16 67/24
bill [1] 63/2
binding [1] 52/8
blame [1] 73/22
blanket [1] 68/24
bleeding [1] 21/7
bless [1] 94/17
blinds [3] 19/7 19/18 58/23
blur [2] 57/2 57/3
Blvd [1] 1/20
body [1] 87/6
book [2] 81/13 87/7
bound [1] 79/10
boundaries [1] 80/8
box [1] 59/18
boy [1] 72/3
Boynton [4] 14/11 19/10 75/15

75/17
Brannon [1] 6/21
breath [1] 75/7
breathe [1] 73/16
breathing [1] 67/20
brief [3] 26/16 28/1 74/20
briefs [2] 58/18 59/9
broader [1] 36/20
brother [2] 64/6 64/16
built [1] 77/4
bump [1] 51/18
burden [2] 39/12 56/17
Bureau [5] 89/15 90/15 91/4 91/11 93/22
business [3] 42/19 45/18 71/11
butt [2] 20/4 20/7
buttocks [2] 19/19 20/5
button [2] 51/8 51/12

**C**

C-E-R-T-I-F-I-C-A-T-E [1] 94/20
calculation [1] 93/9
calculations [4] 53/19 53/25 54/10 55/10
calendars [1] 90/2
California [7] 19/11 19/13 27/9 34/8 60/17 71/14 71/24
camera [3] 19/5 19/6 20/5
CANNON [7] 1/2 1/10 60/20 64/10 65/13 70/18 76/2
Cannon's [1] 70/15
capable [1] 53/3
Capetown [3] 64/15 64/19 64/25
capture [1] 86/4

career [4] 61/13 64/21 71/10 71/14
carry [1] 56/17
cast [1] 88/7
catastrophic [1] 13/14
categories [2] 19/4 51/21
category [2] 49/23 53/22
cater [1] 68/25
Catholics [1] 66/7
caught [5] 14/25 20/20 57/1 57/11 57/11
cellphone [1] 63/2
Center [1] 82/17
certify [1] 95/2
chair [1] 23/7
challenge [1] 61/18
chance [3] 63/15 63/19 71/16
channeled [1] 88/14
character [4] 66/4 78/9 79/3 79/13
characteristic [1] 38/18
characteristics [7] 34/24 52/15 52/19 79/4 79/14 87/24 88/5
characterize [1] 36/13
charge [5] 5/3 23/20 23/23 44/18 47/22
charged [1] 83/6
charges [2] 5/2 5/4
charity [2] 72/6 76/14
chat [1] 9/9
child [54] 5/2 5/4 5/5 8/2 8/4 8/11 9/10 17/11 19/20 20/3 20/7 20/22 20/23 20/23 21/4 21/6 31/4 32/10 32/15 33/4 39/1 39/2 39/3 40/13

40/21 42/17 42/21 42/25 43/3 45/19 50/18 50/25 51/5 55/22 56/14 56/25 57/7 57/7 57/15 71/3 72/3 72/24 81/24 82/3 82/4 83/4 83/8 83/10 83/10 83/12 83/20 84/15 87/1 87/2
child's [3] 19/19 20/4 21/1
children [27] 10/13 10/17 17/22 17/25 19/8 19/20 20/15 20/20 20/22 31/1 34/7 56/1 56/7 56/10 58/12 58/20 59/2 71/2 71/11 73/2 77/2 81/12 81/23 86/18 86/18 86/24 87/4
choose [2] 59/24 69/11
chosen [1] 46/17
circuit [4] 40/24 40/25 52/3 52/8
circumstances [5] 61/5 65/22 67/18 69/3 85/6
cite [1] 43/24
cited [1] 52/5
citizen [1] 67/17
civilized [2] 66/24 87/9
claimed [1] 80/1
clarification [2] 49/25 54/16
classes [1] 77/5
clause [1] 50/17
cleanse [1] 94/14
clear [15] 17/1 47/4 48/7 48/13 48/18 52/22 52/24 56/21 58/11 58/12 58/13 77/23 78/1 81/10 82/2
clerk [3] 90/22 90/24 91/2
click [2] 51/8 51/11
clients [2] 62/2 62/7

# C

**close [3]** 62/21 76/9 87/5
**clue [1]** 61/14
**code [3]** 5/12 12/1 88/24
**codes [1]** 26/4
**Coleman [1]** 93/23
**collect [1]** 33/5
**collected [2]** 12/12 51/5
**collection [7]** 21/15 21/21 39/19 42/23 42/25 87/2 91/19
**collectively [1]** 87/8
**college [4]** 71/10 72/13 73/7 80/6
**combine [1]** 69/1
**command [5]** 11/13 45/15 46/7 47/19 86/6
**commentary [2]** 38/21 48/18
**comments [2]** 34/3 76/1
**commercial [1]** 46/22
**commission [2]** 52/5 53/1
**commit [2]** 58/16 88/11
**commitment [1]** 76/23
**commitments [1]** 62/17
**committed [2]** 58/6 89/15
**committing [1]** 91/16
**common [1]** 43/4
**community [11]** 27/11 46/20 55/25 56/2 57/12 58/10 59/5 66/24 68/1 72/2 82/17
**company [4]** 38/3 72/16 72/16 72/17
**compare [1]** 19/14

**compared [3]** 25/24 27/22 39/17
**comparison [1]** 50/17
**compassion [1]** 63/12
**compatible [1]** 87/9
**competing [1]** 4/4
**complaint [1]** 28/24
**complete [1]** 85/15
**complex [1]** 47/1
**complexity [1]** 56/11
**complications [1]** 72/10
**comply [2]** 91/15 91/20
**component [1]** 69/11
**components [1]** 92/23
**compounded [1]** 56/18
**comprised [1]** 92/10
**computer [23]** 12/1 25/23 34/7 39/16 41/22 42/2 50/4 50/25 51/1 51/2 51/16 52/22 58/14 72/7 72/16 81/16 81/18 81/21 83/8 91/21 91/22 91/23 91/23
**computers [1]** 23/23
**concern [3]** 50/24 51/4 81/22
**concerns [1]** 35/10
**conclude [2]** 34/18 77/19
**concluded [2]** 33/25 56/15
**concluding [1]** 6/19
**concur [1]** 37/14
**concurrent [1]** 91/9
**concurrently [1]**

89/18
**conditions [3]** 91/15 91/21 92/2
**condo [1]** 62/23
**condone [1]** 66/21
**conduct [11]** 17/7 18/1 51/17 51/21 51/21 55/20 58/11 58/12 73/5 82/25 83/5
**confer [1]** 74/13
**conferring [1]** 55/3
**confessed [1]** 68/4
**confirm [2]** 4/22 89/4
**confronted [2]** 36/9 36/12
**congregation [3]** 75/12 75/14 75/18
**congregation's [1]** 75/16
**connection [1]** 14/10
**consequence [1]** 87/11
**consideration [11]** 18/19 18/23 38/19 38/22 39/1 39/6 42/9 63/11 70/16 77/20 80/18
**consists [1]** 89/16
**consolidate [1]** 60/18
**conspiracy [5]** 5/2 24/10 24/12 40/19 49/17
**constant [2]** 58/7 86/19
**constructive [1]** 67/17
**consuming [1]** 50/7
**contained [1]** 17/17
**contains [1]** 88/22
**content [10]** 10/3 17/22 17/24 18/1 20/12 57/2 58/13

79/3 86/8 88/3
**contest [1]** 68/7
**context [2]** 36/20 75/18
**continued [1]** 71/22
**continuing [2]** 40/15 82/3
**continuous [2]** 43/3 52/9
**control [17]** 11/13 14/14 43/18 43/22 44/1 44/5 44/10 44/11 44/12 44/17 44/20 45/15 46/7 47/12 47/15 47/19 86/7
**controlled [4]** 38/3 45/10 45/14 91/18
**convicted [1]** 84/3
**conviction [2]** 54/6 63/18
**convictions [1]** 65/3
**convince [1]** 25/13
**cooperate [1]** 36/14
**cooperating [1]** 91/19
**cooperative [1]** 36/8
**corner [2]** 45/17 46/23
**corporation [1]** 45/3
**corroborated [1]** 47/17
**counsel's [3]** 3/5 3/9 3/10
**count [6]** 5/1 5/4 5/6 89/17 94/10 94/11
**countless [2]** 56/7 56/8
**countries [1]** 9/17
**country [2]** 8/9 68/23
**counts [7]** 5/1 5/3 54/5 89/17 91/9 92/7 92/11

**court [65]** 1/1 1/24 1/25 4/6 4/14 5/14 6/14 18/13 40/6 44/24 46/10 48/10 49/5 51/12 51/23 52/1 52/6 52/18 53/4 55/10 55/13 55/24 56/23 59/6 59/6 64/19 64/21 65/2 69/16 69/17 69/18 69/19 70/25 74/14 74/21 78/19 78/22 79/6 79/18 80/15 80/17 80/21 81/2 82/10 82/11 82/12 84/19 84/19 84/22 85/2 85/9 85/19 88/21 89/1 89/3 89/8 89/14 89/20 90/13 90/17 90/24 93/7 94/10 95/6 95/7
**Court's [12]** 5/20 18/19 18/22 21/8 37/15 39/6 55/19 59/24 77/20 79/11 79/21 93/2
**courtroom [2]** 61/4 80/13
**courtrooms [1]** 83/21
**courts [3]** 44/4 90/22 91/2
**covered [1]** 92/22
**COVID [3]** 27/14 27/15 58/22
**CP [1]** 39/19
**CPA [1]** 61/22
**CR [2]** 1/2 3/3
**Crazy [1]** 32/24
**CRC [1]** 95/6
**credits [1]** 61/17
**crime [3]** 51/1 68/20 94/13
**crimes [4]** 58/16 87/11 88/11 91/16
**criminal [15]** 44/21 46/8 47/1 47/6 49/4 49/22 53/22 56/6 58/7 64/19 64/20 64/21 65/2 65/8 90/7
**criteria [1]** 43/22

**C**

cross [7]  2/5 22/4 22/6 43/1 59/21 59/23 60/1
cross-examination [4]  2/5 22/4 22/6 59/21
cross-examine [1]  59/23
cross-examining [1]  60/1
cross-referenced [1]  43/1
CRR [1]  95/6
CSAM [4]  17/11 17/14 17/17 18/12
custody [1]  91/10
customers [3]  44/2 44/2 44/3

**D**

daily [2]  76/20 76/22
damage [6]  28/4 28/8 28/14 28/15 29/18 29/20
danger [4]  58/9 59/4 79/25 87/19
dangerous [1]  91/17
dark [4]  8/5 9/9 86/7 87/16
data [2]  11/11 91/22
DAVID [9]  1/6 2/3 2/10 3/9 7/13 7/15 7/18 7/18 70/3
DC [1]  1/15
dealt [2]  50/16 50/19
debts [1]  61/16
decided [3]  60/17 61/12 80/3
decision [8]  25/17 25/20 33/20 33/23 45/13 86/10 87/12 88/11
decision-making [3]  25/20 45/13 86/10
decisions [5]  32/9 33/16 86/12 86/13 86/13

decline [1]  93/25
dedicated [8]  10/6 10/7 10/8 10/9 25/4 46/21 56/1 58/7
dedication [1]  58/2
deemed [1]  43/25
deep [1]  75/7
defendant [35]  1/7 1/19 8/20 38/21 38/22 38/24 42/8 42/10 45/4 45/10 45/21 47/5 47/8 47/18 51/10 57/15 67/9 69/25 78/10 89/3 89/14 90/5 90/6 90/8 90/9 90/11 90/20 90/25 91/7 91/11 91/12 91/14 91/20 92/5 93/2
defendant's [14]  4/2 6/24 21/19 32/8 35/11 40/9 41/1 41/3 42/12 56/18 79/4 79/14 85/15 90/18
defendants [2]  4/11 58/23
defense [20]  4/10 38/12 39/10 40/9 41/14 43/11 45/9 46/4 49/1 50/5 52/4 60/7 63/24 74/25 77/19 84/17 85/7 85/20 93/19 94/5
degraded [4]  13/21 13/25 23/16 23/18
delay [1]  7/4
delivered [1]  72/4
demonstrated [2]  86/22 94/16
denied [1]  82/4
deny [4]  42/7 63/19 79/8 79/15
depart [1]  88/8
Department [1]  1/13
departure [1]  59/10

departures [2]  84/7 84/9
dependable [1]  66/5
depict [3]  18/1 18/9 19/3
depicted [2]  17/22 17/24
descriptions [1]  21/3
designs [1]  20/21
desire [1]  94/1
despite [1]  63/18
detail [3]  14/19 58/25 81/15
detailed [2]  34/10 73/11
details [1]  56/24
detect [1]  87/17
detected [1]  58/17
detection [1]  57/16
determination [2]  89/12 89/21
determined [5]  24/16 55/10 69/21 88/9 92/13
deterrence [5]  68/1 69/2 87/14 87/18 89/2
detrimental [1]  78/12
developed [1]  71/10
device [2]  51/8 91/17
devices [17]  17/7 17/12 17/16 17/18 17/19 17/20 18/5 20/10 21/13 21/14 21/15 21/19 22/13 22/17 22/19 27/9 87/3
devout [1]  66/10
diane [3]  1/25 95/5 95/6
died [1]  72/10
difference [4]  11/12 61/16 81/25 83/7
difficult [2]  55/21 76/22

dime [1]  63/2
dimensional [1]  88/1
direct [7]  2/4 2/11 2/13 7/19 56/23 70/5 75/5
directions [1]  44/12
disagrees [1]  87/7
disbelief [1]  62/3
disclosure [1]  91/24
discretion [2]  67/23 79/11
discussions [2]  23/2 25/23
disease [1]  72/11
dismiss [2]  5/6 94/10
dismissed [1]  94/11
disoriented [1]  37/9
dispute [2]  37/7 50/4
disputed [3]  34/23 37/13 38/17
disregard [1]  79/13
disrespect [2]  36/1 79/24
distinction [2]  48/9 49/8
distribute [1]  42/15
distributed [5]  38/21 38/24 40/18 42/8 42/17
distributing [4]  40/10 40/14 40/21 41/9
distribution [2]  41/1 86/19
district [8]  1/1 1/1 1/10 1/25 64/19 70/25 91/12 95/7
disturbed [1]  86/20
disturbing [3]  86/3 86/11 87/7
division [5]  1/2 7/25 28/6 29/21

65/3
DNA [1]  91/19
docket [1]  40/8
documents [5]  4/7 6/6 9/2 11/10 79/22
donated [1]  72/6
donation [1]  76/12
double [1]  38/8
double-check [1]  38/8
downward [3]  59/10 84/7 84/9
Dr [1]  6/21
drag [1]  68/8
Drew [1]  30/21
drug [3]  43/25 46/5 46/14
duplicate [1]  51/12
duties [3]  8/13 8/14 11/22

**E**

E-L-I-C-I-A [1]  64/2
early [3]  28/3 72/4 85/16
earn [1]  9/25
earned [1]  90/6
earnings [1]  90/12
earns [1]  90/5
ears [1]  69/13
edit [1]  13/3
editing [2]  47/21 86/13
educated [2]  73/7 80/6
education [3]  63/17 71/6 74/2
effectively [1]  47/10
egregious [1]  68/9
eight [6]  5/4 30/19 89/18 91/9 92/7 92/11
electronic [2]  45/9 51/8
elements [1]  31/14

**E**

**Eleventh [2]**
40/24 52/3
**ELICIA [4]** 2/9
63/22 63/24 64/2
**Elliott [1]** 30/19
**elocution [1]**
70/12
**eloquently [1]**
87/25
**emails [1]** 12/10
**emotional [1]**
76/6
**employer [1]**
91/23
**encompassing [2]**
24/25 32/1
**encounter [1]**
35/22
**encounters [1]**
35/23
**encouraged [1]**
61/20
**encryption [1]**
91/22
**endorsed [1]**
40/25
**enforcement [10]**
10/7 35/23 36/9
57/23 64/20 65/8
81/7 86/15 87/17
91/6
**engage [1]** 46/15
**engaged [8]** 34/4
55/23 56/20 58/18
72/21 80/7 86/10
87/22
**English [1]** 73/25
**enhance [1]**
55/19
**enhancement [31]**
38/18 39/5 39/11
40/1 42/7 42/8
43/8 43/9 43/13
43/14 44/3 44/6
44/13 44/21 45/1
47/23 47/23 48/3
48/5 48/6 48/16
48/19 48/24 49/16
50/1 50/6 51/2
51/6 52/22 53/4
83/7

**enhancements [5]**
82/23 83/1 83/4
83/13 93/10
**enjoy [1]** 71/24
**enterprise [1]**
49/5
**entitled [1]** 95/4
**entry [2]** 40/8
93/13
**environment [1]**
63/17
**equal [3]** 16/12
24/23 24/24
**equivalent [2]**
45/17 45/18
**Ernst [1]** 61/10
**especially [2]**
73/6 87/15
**ESQ [2]** 1/19 1/20
**essentially [1]**
46/1
**establish [2]**
46/11 48/22
**established [1]**
45/11
**establishes [1]**
45/6
**establishing [1]**
47/13
**estimate [1]** 20/7
**estimated [1]**
6/23
**EU [1]** 72/23
**evade [2]** 57/23
86/15
**evading [1]** 57/16
**evaluated [1]**
87/12
**evening [2]** 28/3
66/8
**event [1]** 72/7
**events [1]** 52/19
**everybody [3]**
24/24 68/23 77/10
**everyone [3]**
48/21 70/22 78/16
**evidence [35]**
5/15 5/19 6/11
8/22 12/4 12/12
13/2 18/20 21/16
24/25 25/2 27/5
27/6 27/7 31/4
39/20 41/23 42/1

42/5 43/7 45/6
45/12 46/11 46/24
56/20 66/17 78/9
78/11 78/15 79/13
81/11 81/16 81/17
87/20 87/22
**evidentiary [1]**
34/19
**evil [1]** 79/25
**ex [2]** 71/14 80/19
**ex-wife [2]** 71/14
80/19
**exacerbated [1]**
85/5
**exam [1]** 61/23
**examination [16]**
2/4 2/5 2/6 2/7
2/11 2/13 5/24 7/8
7/19 22/4 22/6
33/13 59/21 70/5
75/5 91/22
**examine [1]**
59/23
**examined [1]**
39/7
**examining [1]**
60/1
**exceed [1]** 89/21
**excessive [1]**
28/11
**exchange [7]** 5/5
38/22 38/23 39/12
42/9 42/15 43/3
**excuse [5]** 19/21
72/12 73/5 80/3
82/21
**excused [1]**
34/17
**executed [1]**
10/16
**exercise [4]** 13/1
13/6 15/1 15/2
**exercised [2]**
45/13 45/23
**exercising [2]**
15/4 47/15
**exist [2]** 52/16
52/17
**expenses [1]**
63/1
**experience [1]**
65/4
**expert [3]** 30/19

30/22 31/20
**expertise [1]**
63/17
**explanation [2]**
73/5 80/4
**explicitly [1]**
18/22
**exploitation [4]**
8/2 8/4 8/11 56/1
**exposed [1]** 20/5
**expressed [1]**
36/20
**extended [1]** 63/9
**extensive [3]** 46/9
46/12 47/7
**extensively [1]**
13/10
**extent [3]** 46/9
51/22 63/13
**extra [2]** 51/14
62/8
**extremely [1]**
86/3

**F**

**face [3]** 57/3
80/23 80/24
**facilitated [2]**
56/6 56/22
**facility [2]** 74/1
93/25
**facing [1]** 83/17
**fact [14]** 16/21
17/20 24/20 30/14
37/8 39/17 39/22
50/25 57/7 62/21
66/25 78/18 93/2
93/4
**factor [1]** 59/8
**factoring [1]** 88/7
**factors [10]** 5/23
29/7 58/8 59/3
59/6 79/5 87/12
88/7 88/17 88/23
**factual [7]** 34/22
35/2 35/7 37/23
38/11 38/14 52/25
**factually [2]**
48/10 52/12
**failure [1]** 13/14
**fall [1]** 69/13
**family [10]** 62/19
62/20 66/6 66/8

30/22 31/20

**71/5 71/6 71/9**
71/12 72/6 94/15
**fancy [1]** 58/25
**father [2]** 72/9
76/19
**fathom [1]** 87/15
**favorable [2]**
69/13 78/6
**FBI [27]** 3/9 7/22
7/23 8/1 9/13
10/11 10/12 10/19
11/7 12/7 13/23
14/14 15/5 15/17
17/7 17/11 17/14
18/5 19/22 20/9
33/16 35/21 37/10
45/8 45/25 58/17
73/10
**FCI [2]** 93/23
93/23
**February 27 [1]**
89/25
**federal [5]** 50/14
50/16 52/3 73/10
90/5
**fees [1]** 63/1
**felon [1]** 84/3
**Fifth [1]** 40/25
**fighting [1]** 80/10
**file [5]** 4/7 43/1
85/14 86/8 87/5
**files [5]** 17/15
19/24 20/1 20/2
22/17
**filings [1]** 45/6
**filmed [1]** 58/23
**final [5]** 33/20
33/23 37/22 50/4
89/21
**finally [1]** 41/3
**financial [5]**
33/16 89/10 90/7
90/10 90/20
**financially [1]**
62/19
**finish [1]** 70/11
**firearm [1]** 91/17
**fit [1]** 43/22
**five-level [2]**
38/20 41/2
**fix [1]** 29/21
**FL [2]** 1/21 95/8
**flip [1]** 87/23

**F**

**FLORIDA [11]** 1/1
1/6 1/18 8/7 60/18
71/15 71/22 71/24
75/22 93/24 94/1
**flsd.uscourts.gov
[1]** 1/25
**focus [2]** 19/17
35/6
**focused [1]** 19/18
**folders [2]** 11/8
11/9
**fooling [1]** 81/8
**foolishly [1]** 73/4
**foregoing [1]**
95/2
**foreign [1]** 8/14
**forensic [1]** 17/7
**forfeiture [2]** 4/9
92/16
**forgiveness [1]**
65/5
**form [1]** 59/21
**forma [1]** 93/14
**formal [1]** 59/21
**format [1]** 42/11
**FORT [4]** 1/2 1/6
8/7 95/8
**Forty [1]** 64/8
**Forty-five [1]** 64/8
**forwarded [3]**
90/22 90/24 91/2
**four-level [3]** 48/5
48/24 49/15
**fourth [2]** 10/21
47/9
**framework [1]**
52/18
**Frances [1]** 3/19
**fraud [1]** 50/18
**free [5]** 30/3
35/25 36/1 67/20
73/16
**freedom [7]** 15/1
15/2 15/4 39/24
41/5 41/10 41/18
**Friday [1]** 66/8
**friend [1]** 71/16
**friends [4]** 60/16
71/12 72/7 76/9
**friendship [1]**
71/18

**fringe [2]** 57/12
57/12
**front [3]** 29/22
46/8 65/22
**frowns [1]** 82/12
**FUCHS [5]** 1/20
3/13 29/7 39/7
43/15
**full-time [1]** 58/3
**functionality [3]**
13/21 13/25 23/16
**fundamentally [1]**
46/14

**G**

**G-I-B-S-O-N [1]**
64/3
**gain [2]** 39/14
40/20
**gained [3]** 11/7
62/7 86/11
**gains [1]** 90/20
**gallery [1]** 4/21
**gather [4]** 8/15
**general [4]** 10/9
32/14 64/24 87/14
**generosity [2]**
62/18 63/18
**generous [3]**
76/16 77/4 77/7
**gentleman [2]**
70/9 84/13
**gets [2]** 40/14
81/1
**GIBSON [7]** 2/9
6/15 63/23 63/24
64/3 64/4 65/10
**girl [1]** 66/2
**girls [2]** 32/24
34/11
**gives [1]** 56/25
**glimmer [1]** 67/14
**goal [1]** 46/21
**God [1]** 94/17
**gotten [1]** 40/22
**government [48]**
1/13 3/6 4/16 5/5
5/16 5/25 7/13
7/15 18/18 37/1
37/7 38/14 39/11
40/4 41/15 43/17
48/9 51/25 53/11
54/15 55/2 55/12

56/9 56/19 58/9
59/3 59/23 66/17
67/25 68/7 68/11
69/4 69/9 71/4
77/24 78/7 79/1
79/22 79/24 80/9
82/7 84/17 85/8
85/14 85/21 89/5
90/19 94/7
**Government's [4]**
4/3 4/6 5/18 34/18
**graduated [1]**
72/14
**grant [1]** 4/6
**Granted [1]** 29/24
**graphic [2]** 39/2
40/13
**grateful [1]** 71/9
**Graves [1]** 30/19
**great [5]** 12/12
33/4 68/5 69/12
81/15
**greater [3]** 5/10
32/10 32/10
**GREG [1]** 1/16
**Gregory [1]** 3/8
**grew [2]** 71/6
72/19
**gross [1]** 90/12
**group [13]** 11/2
11/13 11/16 11/17
11/20 42/13 45/14
45/15 47/19 76/18
76/24 76/24 86/6
**guidance [3]**
20/17 56/25 84/20
**guide [10]** 20/9
20/12 20/17 20/19
21/11 21/12 34/10
42/21 58/24 87/6
**guideline [6]**
53/23 55/18 59/11
79/19 88/9 89/1
**guidelines [11]**
41/7 46/7 48/18
49/20 52/7 52/9
82/24 85/4 88/23
93/6 93/10
**guides [2]** 12/21
20/13
**guilty [8]** 4/25 5/6
5/7 66/22 80/3
80/4 80/5 80/5

**H**

**Habbab [1]** 75/17
**hands-on [4]** 34/5
56/21 56/22 87/20
**happy [2]** 15/13
15/15
**hardworking [1]**
72/4
**harm [1]** 37/11
**harmed [1]** 66/18
**harsher [1]** 83/2
**hate [1]** 83/5
**hearing [8]** 1/9
3/22 4/14 5/9
38/10 89/6 89/23
92/20
**hearsay [1]** 16/8
**heart [6]** 63/7
72/9 72/10 74/5
77/16 94/14
**heartened [1]**
94/15
**heavily [2]** 23/25
24/2
**height [1]** 27/14
**helpful [1]** 72/2
**Henley [1]** 32/24
**hereby [1]** 95/2
**hierarchy [2]**
42/11 48/14
**higher [2]** 11/16
40/15
**highest [2]** 10/22
48/18
**highly [4]** 21/25
34/10 58/11 58/15
**Highway [1]** 95/7
**history [4]** 49/22
51/4 53/22 79/4
**HOA [1]** 63/1
**hold [1]** 32/18
**holed [1]** 20/7
**holidays [1]**
76/11
**home [10]** 11/8
14/11 17/8 17/17
21/15 35/21 71/24
76/13 87/3 87/5
**honest [4]** 30/11
50/16 50/18 72/1
**Honor [92]** 3/7
3/12 3/19 4/15

4/17 4/23 5/20
5/23 6/5 6/8 7/10
16/8 21/8 21/16
22/3 22/5 26/15
27/25 28/17 29/23
32/5 32/13 33/10
33/12 34/16 34/20
35/15 37/7 37/12
37/17 37/20 37/24
38/15 40/5 40/12
44/25 48/2 48/12
49/21 50/2 53/13
53/17 54/1 54/14
54/17 55/13 55/16
56/13 57/17 59/9
59/14 59/19 60/4
61/1 63/7 63/20
63/22 65/16 66/3
66/11 66/19 66/25
67/2 67/5 67/20
67/22 68/3 68/6
68/10 68/13 69/7
69/10 69/16 69/22
70/4 70/13 72/12
74/4 76/5 79/2
79/16 83/9 85/11
85/20 85/22 89/7
89/24 92/18 92/24
94/6 94/9 94/18
**Honor's [1]** 63/11
**HONORABLE [1]**
1/10
**honored [1]**
62/17
**hope [9]** 67/13
69/13 73/12 73/19
74/5 77/15 81/24
84/24 94/13
**hoped [1]** 71/24
**hoping [2]** 73/25
80/17
**horror [1]** 88/18
**hours [2]** 61/20
91/10
**house [6]** 26/18
27/9 28/4 29/18
75/23 77/2
**housekeeping [2]**
85/23 94/8
**housing [1]** 93/23
**hurt [1]** 66/15
**hurting [1]** 72/22

## I

identical [1]  41/1
identifications [1]  32/18
ignore [1]  52/18
illegal [2]  57/14 83/12
illicit [1]  58/19
image [2]  21/6 56/16
imagery [1]  19/14
images [24]  18/6 18/9 18/10 19/3 19/4 19/17 19/23 20/22 21/3 21/20 21/22 21/24 21/24 21/25 34/6 42/15 42/23 43/1 43/4 56/8 56/10 56/16 87/3 87/4
imaginable [1]  57/6
imagination [1]  65/6
imaginative [1]  68/14
imagine [2]  15/12 55/21
imagined [2]  61/3 66/11
immediately [5]  13/17 13/18 26/19 91/4 92/6
impact [6]  4/5 43/5 49/19 53/24 56/13 67/10
implicated [1]  43/4
implicates [1]  37/12
impose [1]  69/12
imposed [5]  88/25 90/7 90/10 93/1 93/12
imposes [1]  85/19
impressed [1]  62/11
imprisoned [1]  89/16
imprisonment [4]  53/23 88/19 91/7

92/13
improve [1]  68/21
incarcerated [2]  62/13 62/14
incarceration [2]  90/4 90/11
incident [2]  20/6 71/8
income [2]  71/25 90/20
incorporated [1]  72/18
incorrect [1]  89/6
increase [6]  38/20 39/19 41/2 41/12 47/24 52/19
indefinite [1]  62/14
independent [1]  20/21
indictment [3]  5/1 5/7 94/10
indigent [2]  89/8 89/11
individual [13]  10/2 10/22 11/18 11/24 12/16 12/19 15/21 17/15 32/14 45/25 47/9 78/12 83/24
individually [1]  8/17
individuals [20]  6/11 6/13 10/13 11/4 12/18 14/5 14/24 15/2 15/4 23/1 45/22 46/10 46/14 47/19 48/14 57/10 68/1 84/9 86/6 86/21
indulged [1]  72/24
indulgence [1]  21/9
industry's [1]  90/5
Infant [1]  17/23
infer [1]  82/5
inference [1]  43/2
influence [1]  65/9
information [8]  8/15 18/23 26/8 36/15 36/24 77/25

81/9 82/8
initially [2]  37/3 82/11
inquire [3]  4/19 37/1 92/22
inserting [1]  78/19
insinuating [1]  24/1
insistence [1]  46/3
insofar [1]  87/15
instead [5]  10/24 10/24 48/11 58/22 88/13
instruct [1]  42/22
instructed [1]  57/10
instructions [2]  45/22 86/14
insufficiently [1]  21/4
insurance [1]  62/25
integrity [1]  62/12
intelligent [1]  80/6
intended [2]  29/21 33/18
intensity [1]  56/11
intent [1]  60/1
intention [1]  5/18
interest [2]  57/13 58/12 90/13
interested [1]  57/6
interests [1]  86/20
international [1]  55/25
internet [1]  57/15
interview [13]  14/9 14/13 15/14 15/22 24/15 26/23 29/14 30/20 30/23 31/14 32/3 33/25 34/5
interviewed [3]  24/20 26/19 33/19
interviews [1]  8/18
investigation [6]

4/2 4/3 8/19 8/23 9/1 35/24
investigative [1]  37/4
invited [1]  46/15
involvement [2]  73/12 91/24
irrelevant [2]  41/5 78/7
issue [8]  37/13 38/12 67/12 78/21 80/2 80/10 82/17 82/18
issues [3]  5/24 50/16 72/8
item [1]  94/8
items [3]  22/13 85/23 92/18

## J

JACK [2]  1/20 3/13
Jewish [2]  27/11 82/17
job [6]  58/2 58/3 73/17 82/2 90/5 90/8
jobs [2]  45/23 72/5
join [1]  67/12
Judaism [2]  76/14 77/9
JUDGE [28]  1/10 18/11 22/10 29/5 29/6 35/2 35/9 35/16 41/15 43/10 43/16 49/2 50/11 52/1 53/8 60/20 64/10 64/13 65/13 70/8 70/9 70/15 70/18 70/25 76/2 77/19 77/22 79/17
judgment [6]  58/5 61/8 89/14 90/7 93/13 94/2
judicial [1]  52/17
justice [2]  1/13 90/14
justified [2]  45/1 73/2
JVTA [5]  54/8 89/4 89/10 92/9 92/15

## K

key [1]  47/11
keys [1]  47/14
kick [1]  24/13
kicking [1]  24/8
knit [1]  45/14
knocked [1]  80/12
knowing [2]  76/1 77/6
knowingly [2]  38/24 41/8
knows [1]  69/9
KYLE [2]  1/13 3/7

## L

laid [3]  46/19 58/18 72/17
Lakes [1]  1/20
language [5]  36/19 37/12 51/3 52/24 73/25
lapse [1]  58/5
large [3]  55/25 61/22 76/11
largest [1]  11/11
lashed [1]  77/14
lashes [1]  77/14
Lastly [1]  28/3
late [1]  6/18
law [22]  10/7 35/23 36/9 43/24 50/14 50/21 50/22 51/14 52/11 52/12 52/21 57/23 64/6 64/16 64/20 65/8 71/8 80/20 80/25 81/7 86/15 87/17
lead [2]  48/10 68/6
leader [3]  48/4 48/7 48/19
leader/organizer [1]  48/19
leaders [4]  13/22 16/12 46/25 55/24
leadership [2]  12/20 25/4
leading [1]  38/19
leads [1]  43/2
learn [1]  73/25
learning [1]  77/6
lectern [5]  7/11

## L

**lectern... [4]** 35/16 55/14 60/3 74/22
**legal [1]** 53/5
**length [2]** 56/12 63/14
**lengthy [1]** 86/1
**leniency [2]** 71/1 74/6
**letter [9]** 4/10 78/3 78/5 78/20 79/3 79/3 79/11 82/10 85/14
**levels [4]** 40/17 47/25 48/11 49/17
**life [18]** 54/3 61/15 63/8 63/11 67/7 67/11 71/16 72/1 73/13 73/13 73/14 73/21 77/10 77/11 80/15 81/5 84/4 91/8
**lifetime [4]** 71/14 84/25 88/20 92/14
**light [5]** 51/4 65/23 73/19 78/6 79/13
**liked [1]** 77/2
**limit [1]** 18/19
**lines [1]** 30/2
**listen [1]** 36/6
**literally [1]** 56/9
**Lithia [1]** 8/3
**local [2]** 27/11 72/7
**location [1]** 35/17
**logs [2]** 44/14 44/19
**Los [1]** 76/13
**losses [3]** 55/6 89/20 89/21
**loud [1]** 36/21
**love [2]** 71/6 77/15
**loving [1]** 71/6
**lower [1]** 12/20
**lowest [1]** 85/3
**lucky [2]** 71/15 73/21

## M

**M-A-R-I-E [1]**

**magistrate [3]** 64/18 64/19 64/23
**main [6]** 8/17 10/1 11/24 30/25 32/17 33/6
**maintenance [2]** 14/5 56/3
**majority [1]** 51/7
**man [6]** 61/6 61/7 73/7 73/15 80/6 84/2
**manage [1]** 63/5
**managed [3]** 45/9 45/10 86/9
**management [7]** 17/2 17/5 42/13 45/21 49/14 56/3 87/16
**manager [8]** 43/14 47/5 47/11 47/24 48/4 48/15 48/16 49/3
**mandatory [9]** 54/4 67/3 67/4 68/16 81/4 83/17 84/14 91/15 92/7
**manner [2]** 93/3 93/5
**Marianna [1]** 93/23
**MARIE [3]** 2/8 60/7 60/10
**marriage [1]** 72/19
**married [2]** 60/15 72/14
**marshals [1]** 69/20
**MARY [5]** 2/9 6/15 63/22 63/24 64/2
**Maryland [2]** 8/3 8/8
**massive [1]** 42/25
**material [6]** 39/2 39/3 40/11 40/13 40/21 90/17
**materials [3]** 4/13 19/22 92/1
**math [1]** 73/24
**matter [10]** 57/9 58/25 62/2 79/11

**minors [3]** 42/22 51/11 91/24
**minyan [2]** 76/17 76/25
**mischaracterization [2]** 36/15 36/16
**misguided [2]** 39/23 39/25
**missed [1]** 53/15
**missing [2]** 39/18 41/16
**misunderstand [1]** 54/21
**model [1]** 42/19
**modem [1]** 91/23
**moderate [2]** 12/19 12/21
**moderator [8]** 16/17 16/18 16/24 17/1 46/1 46/2 47/21 48/15
**moderators [4]** 12/18 45/16 45/16 45/20
**modify [1]** 7/3
**moment [6]** 21/9 26/15 27/25 29/4 31/19 80/2
**momentary [1]** 58/5
**Monday [1]** 89/25
**monetary [2]** 39/14 39/21
**monitor [2]** 12/21 90/16
**monthly [2]** 63/1 90/12
**months [10]** 49/23 53/23 53/23 62/12 88/9 88/19 89/16 89/16 89/17 92/12
**morally [1]** 82/13
**mornings [1]** 72/5
**mostly [1]** 50/5
**mother [1]** 72/10
**motion [9]** 4/6 4/8 4/9 18/12 77/23 79/8 79/15 79/18 85/13
**motions [1]** 18/16

**mouth [1]** 24/11
**Mr [12]** 2/4 2/5 2/6 2/11 2/13 11/6 11/10 25/22 26/18 44/23 50/11 82/18
**Mr. [131]**
**Mr. Backlund [2]** 6/2 81/8
**Mr. Fuchs [3]** 29/7 39/7 43/15
**Mr. Reynolds [1]** 5/16
**Mr. Rosenstein [76]** 3/16 4/25 5/9 6/14 6/19 11/1 11/12 11/23 11/24 12/7 12/13 12/16 12/23 13/8 13/10 13/16 13/20 14/7 14/10 14/17 14/25 15/5 15/16 15/24 16/1 16/11 16/15 16/23 17/4 17/17 18/7 25/5 25/10 25/24 26/3 26/23 27/17 29/19 32/2 33/19 33/20 34/1 34/4 34/6 35/22 35/23 36/7 36/23 39/16 39/23 46/20 46/25 48/17 48/23 51/19 55/23 56/2 56/20 57/24 58/10 59/4 69/17 70/7 74/8 76/1 78/22 79/25 80/22 81/6 81/22 82/4 82/8 86/5 93/11 93/21 94/12
**Mr. Rosenstein's [20]** 6/17 10/18 14/1 16/6 16/19 16/22 17/8 18/5 19/9 19/13 20/9 21/15 21/21 22/13 22/19 23/15 46/3 65/12 78/4 81/16
**Mr. Schiller [9]** 5/17 6/21 52/20 64/25 83/22 84/8 84/12 84/17 85/16
**Mr. Selnick [10]** 4/13 6/10 34/25

**matters [5]** 16/13 41/6 80/16 82/24 85/18
**mature [1]** 88/12
**McRee [1]** 52/2
**mediums [1]** 17/19
**meeting [1]** 66/8
**meetings [1]** 11/6
**member [6]** 9/22 10/20 11/1 11/12 56/5 72/2
**members [15]** 10/2 10/3 10/12 11/3 12/19 12/24 16/10 24/13 25/5 32/17 32/19 42/12 47/14 57/18 62/20
**memoranda [1]** 4/4
**memorandum [3]** 79/19 81/3 84/6
**memory [1]** 29/16
**men [2]** 20/14 76/18
**mercy [2]** 69/11 73/15
**message [1]** 67/25
**Miami [6]** 28/7 29/20 30/18 90/23 90/23 91/3
**MICHAEL [3]** 1/19 3/12 6/21
**mid [4]** 17/1 17/5 45/18 45/20
**mid-level [2]** 45/18 45/20
**middle [1]** 37/9
**midway [1]** 30/20
**mile [1]** 62/8
**miller [3]** 1/25 95/5 95/6
**million [2]** 61/3 66/20
**minded [1]** 67/25
**minimum [8]** 67/3 67/4 67/24 68/12 68/16 81/4 83/17 90/9
**minor [1]** 51/15

**matters... / minor**

**80/9 80/11 81/15 81/15 83/12 95/4**

**M**

**Mr. Selnick... [7]**
37/15 37/23 39/4
43/15 53/7 54/11
74/19
**Mr. Spearman [8]**
16/5 16/11 16/15
16/18 16/21 17/4
25/13 25/25
**Mr. Spearman's**
**[2]** 25/16 49/17
**Mrs. [1]** 7/1
**Mrs. Rosenstein**
**[1]** 7/1
**Ms [2]** 3/21 53/24
**Ms. [9]** 37/19 48/1
49/19 53/15 60/2
60/23 64/4 65/10
89/23
**Ms. Gibson [2]**
64/4 65/10
**Ms. Nicato [1]**
89/23
**Ms. Rosenstein**
**[2]** 60/2 60/23
**Ms. Weisberg [2]**
37/19 53/15
**Ms. Weisman [2]**
48/1 49/19
**multiple [3]** 17/19
62/20 72/5
**myriad [1]** 87/3

**N**

**name's [1]** 16/19
**nature [2]** 67/10
87/13
**nauseating [1]**
58/25
**nearly [1]** 41/1
**necessary [2]**
5/11 49/9
**nefarious [1]** 86/7
**nervous [1]** 75/8
**network [4]** 9/9
57/22 86/11 88/15
**newspapers [1]**
72/4
**Nicato [1]** 89/23
**nice [1]** 77/3
**niece [5]** 78/4
82/9 82/9 82/10
85/15

**nieces [1]** 78/5
**nine [3]** 38/5 38/6
38/7
**ninety [3]** 38/5
38/6 38/7
**ninety-nine [3]**
38/5 38/6 38/7
**nonbinding [1]**
93/21
**None [1]** 85/20
**nonproduction**
**[1]** 55/22
**North [2]** 90/22
91/3
**nose [1]** 68/7
**notice [1]** 93/12
**noticed [1]** 70/11
**notion [2]** 39/23
40/1
**notwithstanding**
**[2]** 82/24 88/12
**number [18]**
10/19 14/24 15/17
15/18 24/16 24/17
25/8 40/17 41/24
41/25 44/9 45/7
45/8 45/24 45/25
47/20 49/18 79/5
**Number 2 [1]**
25/8
**NW [1]** 1/14

**O**

**o'clock [1]** 35/21
**object [7]** 16/8
18/11 18/14 39/10
49/3 51/10 93/2
**objected [1]**
35/14
**objection [12]** 4/2
18/17 28/17 42/7
43/11 47/3 49/7
51/22 52/25 53/9
53/12 93/9
**objections [15]**
4/4 5/17 29/8
34/22 34/23 35/3
35/7 37/23 38/11
38/14 53/5 53/16
54/12 54/13 93/5
**obligations [4]**
62/16 90/7 90/10
90/21

**obtaining [2]**
38/25 40/11
**obvious [1]** 66/23
**occupation [1]**
75/9
**offender [7]**
73/20 81/4 82/20
83/17 84/3 91/25
92/2
**offense [14]**
26/25 27/3 34/24
38/18 47/25 49/22
52/15 53/20 55/20
55/22 58/4 58/10
58/12 87/13
**offenses [8]** 5/8
56/14 56/21 56/22
81/11 81/12 82/1
89/2
**offer [2]** 76/15
77/12
**office [8]** 1/16
54/21 64/24 90/15
90/16 91/5 91/5
91/12
**offices [1]** 54/18
**Official [2]** 1/24
95/6
**offline [1]** 23/18
**oh [1]** 44/23
**older [1]** 81/1
**ongoing [1]** 56/16
**online [3]** 8/15
12/9 58/16
**ons [1]** 26/4
**open [1]** 46/10
**operate [1]** 73/8
**operated [2]**
47/11 57/21
**operates [1]**
50/13
**operating [1]**
44/8
**operation [2]**
13/23 47/16
**operational [4]**
8/2 8/4 8/5 8/12
**operations [6]**
8/18 11/5 11/25
12/5 24/3 86/9
**opinion [7]** 35/25
36/2 36/16 52/3
82/9 83/1 84/10

**opportunity [9]**
5/13 52/11 61/2
65/17 68/20 68/21
68/22 69/10 75/19
**opposed [3]**
22/17 49/10 53/21
**oral [2]** 17/25
20/15
**order [7]** 9/25
23/6 41/19 90/10
91/6 92/16 92/20
**organization [5]**
43/23 44/21 46/9
47/1 56/6
**organizations [2]**
46/5 91/25
**organized [1]**
45/11
**organizer [3]** 48/3
48/7 48/19
**oriented [1]** 50/6
**orifices [1]** 21/1
**outlined [1]** 58/8
**outrageous [1]**
55/21
**outset [1]** 85/25
**outstanding [1]**
53/5
**outweighs [1]**
59/8
**overall [4]** 36/14
36/17 49/19 78/12
**overcome [1]**
58/5
**overlooked [1]**
19/5
**overlooking [1]**
38/2
**overrule [2]** 18/17
49/5
**overruled [3]**
16/9 16/23 28/18
**owned [4]** 51/20
68/4 80/2 80/9
**owners [1]** 72/17
**owns [1]** 81/19

**P**

**P-R-O-C-E-E-D-I-**
**N-G-S [1]** 3/1
**page [2]** 2/2 30/2
**PAGES [1]** 1/7
**pain [1]** 74/3

**Palm [4]** 1/18
1/20 1/21 84/13
**pandemic [1]**
58/22
**papers [4]** 52/24
54/17 55/17 79/6
**paragraph [8]**
35/12 35/13 36/19
38/4 38/12 40/8
51/9 56/23
**parents [1]** 80/19
**part [18]** 11/6
12/1 12/20 21/22
24/9 24/12 25/18
42/18 45/13 46/20
47/18 58/2 61/8
61/22 71/16 83/6
92/3 94/2
**part-time [1]** 58/2
**partially [1]** 47/13
**participant [4]**
43/23 44/16 44/16
44/17
**participants [3]**
44/4 44/7 44/20
**participate [1]**
42/3
**participated [1]**
72/3
**participation [3]**
39/21 39/25 43/19
**parties [3]** 3/24
5/15 88/22
**partner [1]** 3/13
**partners [1]** 8/14
**pass [4]** 22/3
61/22 65/19 81/2
**passed [2]** 72/9
76/19
**passions [1]** 58/6
**path [1]** 71/19
**patience [2]**
61/21 71/7
**patient [2]** 61/8
61/17
**pauperis [1]**
93/15
**pause [2]** 26/16
28/1
**pay [9]** 89/4 89/10
90/6 90/9 90/11
90/18 90/25 92/5
93/13

**P**

payable [3] 90/22 91/1 91/3
payment [3] 90/4 90/13 90/16
payments [1] 90/18
pedophilia [2] 8/16 9/10
pending [3] 4/8 54/19 89/12
penetrated [2] 21/1 59/1
penetration [2] 20/24 21/5
penthouse [1] 45/5
people [27] 12/17 12/17 24/8 30/22 30/25 37/11 44/8 44/10 45/11 45/17 46/21 48/14 49/4 56/3 56/25 57/13 57/22 66/10 66/10 66/11 73/24 78/9 84/7 84/10
percentages [1] 52/16
perhaps [2] 35/10 88/12
period [3] 62/14 83/12 90/3
permissible [1] 91/22
permission [2] 5/21 29/23
permit [1] 5/23
permits [1] 18/22
perpetuation [1] 56/4
person [34] 14/4 15/17 15/18 25/11 38/23 38/24 39/1 40/17 44/16 48/20 48/21 61/9 61/18 65/20 65/22 66/4 66/4 66/5 66/6 66/6 66/14 66/14 66/15 66/23 67/13 69/3 69/3 69/4 72/4 76/16 77/3

77/7 79/14 79/25
personal [4] 36/3 65/21 87/23 88/5
personnel [1] 49/10
persons [1] 91/11
perspective [3] 78/21 79/23 87/18
phase [1] 5/8
phonetic [2] 6/15 30/21
photographing [1] 58/20
photographs [1] 82/21
photos [2] 18/10 27/8
picture [3] 36/14 36/17 78/12
pictures [9] 19/7 19/8 19/12 19/18 39/15 41/20 41/21 41/24 44/19
PIERCE [4] 1/2 1/6 8/7 95/8
place [2] 47/24 58/21
Plaintiff [1] 1/5
plan [1] 8/17
planning [1] 58/1
play [3] 63/16 81/13 87/6
playbook [1] 59/1
played [1] 57/25
playing [5] 19/8 58/20 86/16 87/5 87/15
plea [5] 5/6 18/21 80/3 93/16 94/9
plead [2] 80/4 80/4
pleasant [2] 77/3 77/7
pled [2] 4/25 80/5
point [11] 20/20 40/18 48/16 49/6 49/21 52/1 53/3 53/18 53/25 54/16 55/6
points [4] 45/9 51/10 51/14 51/15
policy [3] 50/6 52/5 53/1

pool [5] 19/5 19/8 19/13 27/11 27/13
pools [1] 27/15
poor [1] 61/7
pornographic [2] 39/3 40/21
pornography [43] 5/2 5/4 5/5 8/6 8/16 9/10 9/25 10/10 17/11 20/22 21/19 23/8 32/11 32/16 32/16 33/5 35/25 39/2 40/13 42/18 42/21 42/25 43/3 45/19 50/18 50/25 51/5 55/22 56/14 56/25 57/7 57/15 71/4 72/24 81/24 83/4 83/8 83/10 83/11 83/12 83/20 87/1 87/2
portraying [1] 78/13
poses [2] 58/10 59/4
position [4] 16/24 35/13 47/12 51/18
positions [1] 25/19
positive [3] 63/12 63/16 78/10
positives [1] 80/14
possessing [2] 91/17 91/18
possession [4] 5/5 42/20 91/21 92/1
possibility [2] 68/13 68/25
post [3] 43/17 43/21 44/19
posted [2] 41/23 42/1
posting [1] 44/14
posts [2] 13/3 47/21
potential [1] 74/13
potentially [2] 36/19 83/2
practice [1] 50/16
pray [2] 73/12

76/18
prayers [2] 66/9 66/10
precedent [1] 52/8
preclude [1] 90/18
predictable [1] 57/5
prefer [1] 35/18
preference [1] 59/24
preferential [3] 39/2 40/13 40/20
premise [1] 87/21
preparation [1] 58/1
prepared [1] 21/4
preponderance [1] 43/7
prepubescent [3] 51/11 51/15 83/8
presence [1] 73/11
present [7] 6/11 41/3 78/16 80/14 84/18 85/8 87/19
presentation [3] 34/19 77/19 86/1
presentence [4] 4/1 4/3 88/22 92/4
preserved [2] 54/13 93/9
preserving [1] 54/11
primary [2] 8/12 8/14
principled [1] 66/14
prison [5] 73/12 73/16 73/23 84/2 90/5
Prisons [5] 89/15 90/15 91/4 91/11 93/22
probation [8] 3/18 3/20 54/18 54/21 90/15 91/4 91/12 92/22
problem [4] 61/13 78/14 78/15 78/16
problematic [1] 78/11

proceed [4] 7/11 19/1 54/2 55/10
proceedings [6] 7/5 26/16 28/1 74/16 94/19 95/3
process [2] 83/24 83/25
produce [1] 66/17
produces [1] 53/22
production [1] 81/12
productive [2] 72/2 80/15
profile [2] 14/14 89/10
programs [1] 72/25
progressive [1] 42/12
prohibited [1] 91/17
project [3] 16/19 16/22 25/11
promote [2] 23/2 47/12
promoted [9] 11/5 12/3 12/17 12/18 16/17 32/11 32/17 40/16 86/12
promotion [5] 12/13 22/25 23/3 32/8 45/21
promotions [4] 12/15 23/5 23/6 32/7
promptly [1] 7/7
promulgated [1] 46/19
pronounced [1] 93/3
pronounces [1] 70/16
pronouncing [1] 6/3
proof [2] 43/8 82/6
propelled [1] 42/16
properties [1] 71/23
property [3] 49/4 62/25 71/25

**P**

proportions [1] 86/3
proposal [2] 6/10 37/16
proposed [2] 37/12 92/16
prosecuted [1] 65/1
prosecutor [1] 64/21
prosecutors [1] 73/10
prospect [1] 67/19
prove [4] 68/17 68/22 68/22 68/23
provision [3] 18/22 52/21 53/2
PSI [15] 5/18 5/22 34/22 37/22 41/17 42/23 45/2 47/17 48/13 48/22 53/6 53/11 53/25 87/1 89/10
PSR [3] 46/19 47/8 56/23
psychological [1] 56/17
public [1] 9/1
publicly [2] 9/23 45/3
punish [2] 73/17 82/25
punished [3] 51/20 82/15 83/5
punishment [5] 41/7 80/23 80/23 80/24 89/2
punishments [1] 83/14
purchase [1] 45/17
purported [1] 49/18
purportedly [1] 82/9
purposes [7] 5/11 18/14 37/4 39/19 41/4 44/9 44/10
pursued [1] 71/10
pyramid [2] 48/23

56/5

**Q**

quarter [1] 90/9
question [12] 12/6 21/11 22/10 23/18 24/5 32/1 32/6 32/22 36/10 80/24 83/3 93/7
questions [1] 77/5
quick [1] 32/6
quote [2] 29/19 42/18

**R**

R-O-S-E-N-S-T-E-I-N [1] 60/11
rabbi [10] 2/12 6/18 6/20 6/24 70/10 74/21 74/22 74/25 75/10 77/6
Rachek [4] 2/12 74/21 74/25 75/3
raid [2] 26/18 28/4
raids [1] 35/21
raise [4] 7/14 60/6 69/24 74/23
raised [4] 38/11 66/7 80/8 93/5
range [8] 40/22 53/23 54/3 54/4 79/20 79/20 88/9 89/1
rank [2] 9/25 86/22
ranking [5] 10/22 11/16 15/17 15/18 47/9
rate [1] 90/11
rational [1] 73/6
reach [1] 44/6
reached [1] 82/10
reaching [1] 42/13
react [1] 20/24
reactions [1] 62/1
ready [1] 93/7
realize [3] 62/6 72/23 73/5
realized [1] 70/9
realm [1] 49/15

receipt [2] 18/23 38/19
recess [2] 74/14 74/16
recognize [1] 88/10
recommend [3] 55/18 59/11 93/22
recommendation [1] 94/1
recommended [1] 54/7
recommending [2] 54/18 55/17
reconciled [1] 61/14
reconstitute [1] 13/14
record [24] 3/25 6/7 7/17 18/14 38/20 42/9 43/6 43/10 45/6 45/12 47/4 48/7 48/10 53/19 64/1 70/2 75/2 77/22 78/1 79/10 85/15 86/1 86/5 88/15
recorded [1] 41/17
Recross [1] 2/7
Recross-Examination [1] 2/7
redemption [2] 67/14 68/25
redirect [3] 2/6 33/11 33/13
reduced [1] 86/24
referenced [1] 43/1 43/5
refined [1] 58/15
reflected [1] 47/8
reflects [1] 58/15 88/18
refresh [1] 29/16
registration [1] 92/2
rehabilitate [1] 67/18
reimburse [2] 28/7 28/7
rejected [1] 47/3
relation [2] 4/10 44/14

relations [1] 20/15
relationship [5] 60/14 64/5 77/4 80/19 82/8
relative [3] 65/11 78/18 82/14
relatively [1] 3/25
relatives [3] 4/11 71/12 87/24
release [9] 54/3 88/20 90/10 91/7 91/8 91/10 91/14 91/16 92/14
released [2] 73/16 91/13
relevance [2] 28/17 78/17
relevancy [1] 18/13
reluctance [2] 35/11 37/8
reluctant [4] 36/2 36/13 37/3 37/10
remain [2] 3/10 47/24
remained [2] 46/2 60/16
remaining [1] 94/8
remains [3] 58/9 59/3 67/11
remotely [1] 71/23
rental [1] 71/25
repent [1] 67/15
repentance [1] 68/6
repetitive [1] 83/16
reply [1] 52/12
report [9] 4/2 4/3 41/17 52/5 52/6 88/22 90/17 91/11 92/4
Reporter [2] 1/24 95/6
reports [1] 39/22
request [2] 3/23 5/25
requested [2] 18/13 72/25
requests [1] 94/4

required [1] 42/24
reserve [1] 89/11
reserved [1] 48/20
residence [6] 17/18 19/6 19/9 19/10 21/17 21/21
resistance [1] 26/3
resistant [4] 14/18 14/22 14/23 26/6
resisted [1] 15/13
resolution [1] 54/19
resolve [2] 37/2 55/4
resolved [2] 35/5 37/25
response [5] 4/3 40/7 52/2 79/23 84/8
responsibilities [1] 14/6
responsibility [2] 51/20 62/13
rest [5] 67/11 71/20 73/13 73/13 84/4
restitution [12] 54/19 55/4 89/6 89/13 90/3 90/11 90/17 90/21 90/21 90/23 92/2 92/13
restriction [4] 91/22 91/23 91/23 91/25
restrictions [2] 58/22 91/21
result [1] 83/2
Resumed [1] 74/17
return [3] 34/14 63/3 74/9
reversed [1] 50/23
REYNOLDS [5] 1/13 2/4 2/6 3/8 5/16
rights [1] 93/18
rise [2] 8/25 42/12

**R**

**RMR [1]** 95/6
**role [11]** 8/17
10/18 45/4 49/17
53/21 55/19 57/24
63/16 68/4 86/16
87/16
**Roman [1]** 66/7
**romantically [1]**
71/17
**room [19]** 9/24
9/24 10/6 10/7
10/8 10/9 11/2
25/3 32/12 32/15
32/15 32/17 32/17
32/18 40/14 40/15
40/17 40/19 40/20
**rooms [7]** 10/2
10/4 11/4 12/19
12/22 23/17 32/20
**ROSENSTEIN
[100]**
**Rosenstein's [21]**
6/17 10/18 14/1
16/6 16/19 16/22
17/8 18/5 19/9
19/13 20/9 21/15
21/21 22/13 22/19
23/15 26/18 46/3
65/12 78/4 81/16
**rot [1]** 77/12
**routine [1]** 63/1
**ruled [2]** 71/7
77/24
**rules [4]** 46/18
46/19 47/13 56/24
**ruling [4]** 55/3
55/19 79/21 89/11
**runs [1]** 91/9

**S**

**sabbath [1]** 66/9
**sadness [1]**
70/21
**sadomasochism
[1]** 10/8
**safe [1]** 8/8
**sales [1]** 46/14
**Sam [1]** 17/21
**sat [1]** 83/21
**satellite [1]** 19/14
**satisfied [1]**
37/15

**satisfy [2]** 44/21
90/20
**scenario [2]**
35/15 35/19
**scenarios [1]**
52/14
**schedule [1]**
90/13
**scheme [1]** 52/7
**SCHILLER [12]**
1/16 3/8 5/17 6/21
44/23 52/20 64/25
83/22 84/8 84/12
84/17 85/16
**school [3]** 61/12
72/5 72/10
**score [1]** 44/1
**scout [1]** 72/3
**scraping [1]** 33/3
**seal [3]** 4/6 4/7
85/14
**search [6]** 8/17
10/16 14/10 17/8
35/22 92/1
**SEC [1]** 45/5
**second [4]** 35/9
51/9 71/16 73/10
**secretary [1]**
61/10
**Section [3]** 5/12
54/8 88/24
**security [1]** 10/6
**seized [4]** 17/8
17/16 17/18 21/16
**select [1]** 11/2
**selection [1]**
46/17
**seller [2]** 43/25
44/5
**SELNICK [16]**
1/19 2/5 2/11 2/13
3/13 4/13 6/10
34/25 37/15 37/23
39/4 43/15 50/11
53/7 54/11 74/19
**SELWYN [26]** 1/6
2/10 3/4 3/13 8/20
60/14 61/3 61/6
64/5 64/6 64/7
65/24 66/4 66/14
69/25 70/3 75/19
75/21 76/5 76/8
76/11 76/23 76/24

77/8 77/15 89/15
**semblance [1]**
87/9
**sense [5]** 56/21
62/12 67/23 71/15
82/16
**sentence [33]**
5/10 55/11 55/17
55/18 59/11 59/12
63/9 63/14 65/20
67/7 67/10 68/14
69/1 69/11 70/16
81/4 81/5 83/3
83/18 84/11 84/24
85/3 85/4 85/5
85/19 87/10 88/18
88/25 92/12 93/1
93/3 93/12 94/13
**separated [1]**
72/20
**series [10]** 32/23
32/24 32/24 32/24
32/25 32/25 33/6
33/7 33/8 43/4
**seriousness [1]**
87/13
**serve [3]** 67/4
68/15 68/16
**served [1]** 89/18
**server [7]** 11/7
11/8 11/10 12/9
13/15 27/16 42/24
**servers [3]** 12/1
23/23 43/19
**services [2]** 50/17
50/18
**setting [1]** 73/23
**seven [4]** 5/3 52/4
54/5 89/17
**severely [1]** 82/15
**severity [2]** 65/21
68/20 69/1
**sex [13]** 17/24
17/25 17/25 17/25
20/14 20/15 20/15
34/11 59/1 73/20
84/2 91/25 92/2
**sexual [7]** 18/1
20/14 34/5 56/1
58/11 86/20 92/1
**sexually [3]** 10/13
42/22 57/7
**Shabbat [1]** 76/21

**shall [10]** 90/4
90/11 90/16 90/21
90/25 91/7 91/11
91/14 91/20 92/5
**share [11]** 9/24
32/15 32/16 56/25
57/2 60/19 65/13
70/8 70/18 71/16
76/2
**shared [3]** 32/10
84/6 84/8
**sharing [2]** 35/24
51/7
**shed [1]** 79/13
**shine [1]** 65/23
**side [2]** 80/13
87/23
**sign [1]** 26/4
**sign-ons [1]** 26/4
**simple [5]** 20/4
31/25 58/25 66/10
73/24
**simultaneously
[1]** 62/20
**singular [1]** 23/7
**sister [6]** 62/22
64/16 66/2 80/19
80/20 80/25
**site [14]** 12/2
16/12 33/4 42/11
43/1 47/11 47/12
47/13 47/14 47/16
49/10 57/9 57/10
86/13
**sites [1]** 33/6
**situation [5]** 61/4
64/17 66/12 76/7
83/14
**skill [2]** 58/15
58/16
**skills [3]** 14/7
41/22 42/2
**slapped [1]** 80/11
**slightest [1]**
68/18
**slightly [1]** 79/20
**small [7]** 11/13
45/14 45/15 47/18
52/15 58/20 86/6
**smart [1]** 73/7
**snare [1]** 35/20
**Snipes [1]** 84/14
**society [4]** 72/2

83/23 87/9 87/20
**society's [1]** 84/1
**soft [1]** 66/4
**soft-spoken [1]**
66/4
**solace [1]** 94/14
**sole [1]** 62/21
**sophisticated [2]**
32/12 55/25
**sophistication [2]**
57/21 88/2
**sorts [1]** 42/24
**sounding [1]**
83/16
**South [6]** 1/17
64/15 71/15 72/13
80/20 95/7
**SOUTHERN [1]**
1/1
**Spearman [11]**
15/21 15/22 16/5
16/11 16/15 16/18
16/21 17/4 24/16
25/13 25/25
**Spearman's [2]**
25/16 49/17
**special [23]** 2/3
3/9 8/11 9/4 13/16
14/9 15/16 33/15
34/14 45/2 45/19
45/24 52/14 52/19
54/5 57/4 57/17
58/24 91/21 92/3
92/6 92/8 92/14
**specialized [2]**
9/10 10/5
**specific [6]** 11/2
34/23 36/18 38/17
38/25 87/18
**spell [1]** 64/1
**spelling [2]** 7/17
60/9
**spend [1]** 84/4
**spent [1]** 61/20
**spirit [1]** 63/18
**spiritual [1]** 6/17
**spoken [1]** 66/4
**sponsored [1]**
72/6
**stable [1]** 19/5
**staff [6]** 10/20
11/2 11/6 12/19
24/13 47/14

## S

**staggering [2]** 42/21 87/2
**stand [1]** 83/9
**standard [2]** 43/8 91/15
**standing [3]** 49/7 53/9 70/24
**starting [3]** 3/5 55/11 67/17
**state [9]** 7/16 53/19 60/8 63/25 64/25 65/1 70/1 75/1 93/24
**stated [2]** 22/11 32/13
**statement [12]** 4/20 23/22 30/10 36/7 41/3 59/22 61/15 64/9 70/7 70/15 73/10 81/7
**statements [4]** 4/5 43/5 56/14 88/21
**states [17]** 1/1 1/4 1/10 3/4 3/8 5/12 9/15 38/21 52/2 56/9 70/25 72/15 88/24 91/1 91/2 92/6 95/7
**status [1]** 82/24
**statute [1]** 50/16
**statutorily [2]** 18/19 79/9
**statutory [3]** 52/6 52/17 88/23
**stay [2]** 25/13 69/18
**Steinmetz [2]** 30/21 31/16
**stemmed [2]** 21/19 37/8
**stems [1]** 50/25
**stick [1]** 49/16
**storage [2]** 17/19 17/20
**store [2]** 42/24 47/14
**stored [1]** 87/2
**story [1]** 78/19
**straight [1]** 51/3
**strain [1]** 72/19

**straits [1]** 78/10
**street [1]** 46/23
**stretch [1]** 65/6
**strived [1]** 72/1
**strong [3]** 43/2 70/21 73/4
**strongly [1]** 42/14
**structure [2]** 46/7 46/13
**submissions [1]** 69/13
**submit [6]** 39/25 45/1 48/24 51/6 59/7 59/10
**submitted [2]** 4/10 85/14
**substance [2]** 46/1 91/18
**substantial [1]** 47/15
**successful [1]** 80/16
**sufficient [8]** 37/5 47/23 78/9 83/14 83/18 85/1 85/3 89/1
**suggest [4]** 36/19 40/9 67/6 67/8
**suggesting [1]** 83/19
**suite [4]** 1/14 1/17 1/21 45/5
**suited [1]** 48/15
**sum [1]** 46/1
**summer [1]** 75/24
**superior [1]** 17/4
**supervised [5]** 88/20 91/8 91/14 91/15 92/14
**supervision [2]** 49/9 84/25
**supervisor [4]** 43/14 47/5 47/24 48/4
**supervisory [1]** 54/3
**supplement [1]** 5/22
**supplemented [1]** 38/13
**support [8]** 42/10 43/6 47/23 50/21 55/2 62/21 64/16

94/15
**supported [5]** 61/15 61/19 61/25 62/8 62/19
**supporting [1]** 63/4
**supportive [2]** 61/9 62/5
**supports [1]** 46/24
**surreal [1]** 61/5
**suspend [1]** 68/15
**Swear [2]** 60/4 69/22
**swept [1]** 68/23
**sworn [6]** 7/15 60/7 63/24 69/25 74/24 74/25
**synagogue [1]** 72/7
**system [1]** 77/13

## T

**table [4]** 3/10 3/10 34/15 74/9
**talents [1]** 88/14
**tantamount [2]** 67/7 81/5
**target [1]** 15/3
**targeting [1]** 33/3
**targets [1]** 8/5
**tattoos [1]** 57/3
**taught [2]** 61/16 71/7
**taxes [1]** 62/25
**teach [1]** 73/24
**tears [1]** 21/7
**technical [1]** 30/19
**technological [2]** 57/20 58/15
**technologically [1]** 55/25
**teen [1]** 17/23
**temple [1]** 76/8
**ten-minute [1]** 74/12
**term [3]** 89/16 91/8 91/8
**termed [2]** 12/18 16/18
**terms [5]** 6/10

32/6 32/22 50/6 85/13
**terrible [2]** 64/17 68/24
**terribly [1]** 56/15
**testimony [13]** 5/22 18/18 18/25 35/12 36/6 36/6 41/21 43/16 45/2 47/7 47/17 48/13 48/22
**text [5]** 19/24 20/1 20/2 52/21 76/24
**thank [48]** 3/2 3/11 7/10 14/8 22/2 22/5 29/11 30/6 32/5 32/21 33/9 34/14 34/16 34/20 39/8 40/3 40/5 41/13 42/6 44/22 47/2 49/24 51/24 52/20 53/9 53/17 59/13 60/24 61/2 63/20 63/21 65/16 69/15 70/20 74/7 74/8 74/15 76/4 77/17 77/18 77/21 79/16 85/11 85/12 92/24 94/3 94/11 94/18
**thanks [1]** 61/22
**thinking [2]** 36/21 68/14
**thought [6]** 28/11 58/21 70/24 71/12 71/20 78/7
**thoughts [2]** 60/20 65/12
**thousands [5]** 9/12 22/23 45/7 47/10 86/7
**three-level [1]** 53/21
**three-point [2]** 48/16 49/6
**threw [1]** 66/5
**tied [3]** 66/6 67/22 67/23
**tight [1]** 45/14
**time [30]** 3/23 6/23 11/3 14/13 25/5 27/5 31/5

33/19 34/5 35/23 36/13 36/22 41/6 50/21 54/19 55/3 56/12 58/1 58/2 58/3 62/14 69/6 72/22 73/18 76/2 76/25 81/22 84/2 88/13 90/12
**times [8]** 20/2 30/12 62/20 77/2 80/11 80/11 83/1 83/22
**Title [3]** 5/12 54/8 88/23
**today's [4]** 4/14 5/9 51/7 86/1
**tolerates [1]** 83/23
**Torah [2]** 77/9 77/13
**torture [2]** 10/8 18/3
**total [6]** 49/22 53/20 91/1 92/7 92/12 92/15
**touch [3]** 81/11 81/25 82/20
**touched [5]** 31/1 31/4 82/3 82/4 82/5
**touching [3]** 26/25 27/3 30/24
**tour [2]** 9/9 57/21
**toward [2]** 90/6 90/9
**towards [1]** 62/19
**traffic [4]** 56/7 56/12 56/16 88/22
**trafficked [1]** 32/25
**trafficking [3]** 84/13 84/15 86/8
**tragedy [2]** 86/3 88/6
**traits [1]** 63/12
**transaction [2]** 46/15 46/22
**transcript [6]** 1/9 29/14 29/15 29/22 30/7 36/6
**transcription [1]** 95/3
**transfers [1]** 51/7

**T**

**traumatized [1]**
86/19
**treatment [2]**
74/1 91/25
**trial [1]** 68/8
**truth [3]** 31/16
72/23 73/4
**truthful [1]** 31/13
**tunnel [1]** 73/19
**two-level [3]** 51/1
51/6 52/19
**typical [2]** 22/11
22/14

**U**

**U.S [11]** 1/13 1/16
1/25 3/20 90/15
90/15 90/16 91/4
91/4 91/5 95/7
**ultimately [9]**
15/5 27/17 27/21
28/25 33/23 37/4
42/13 86/15 86/23
**unable [1]** 93/13
**uncertain [1]** 7/4
**uncover [3]** 17/14
18/6 19/22
**uncovered [1]**
17/11
**undercover [1]**
30/22
**undercovers [2]**
8/15 12/10
**underlying [1]**
8/22
**undermined [1]**
81/22
**understanding [4]**
27/12 29/20
33/15 54/17
**unexpected [1]**
90/19
**unfortunately [3]**
72/19 76/18 88/11
**UNICOR [1]** 90/8
**unilateral [1]**
25/20
**unimaginable [1]**
86/2
**unit [5]** 7/25 8/3
8/4 8/5 8/12
**UNITED [16]** 1/1

1/4 1/10 3/4 3/8
5/12 9/15 52/2
56/9 70/25 72/15
88/24 91/1 91/2
92/6 95/7
**unlawfully [1]**
91/18
**unopposed [1]**
92/21
**unpaid [1]** 92/2
**unresolved [3]**
34/22 34/23 35/6
**unsolicited [1]**
76/13
**unsure [1]** 28/20
**upheld [1]** 50/23
**uphold [2]** 51/13
51/14
**uplifting [1]** 63/16
**upright [1]** 72/1
**upset [1]** 64/13
**upward [1]** 42/16
**us [16]** 6/19 12/4
16/7 16/10 32/2
34/25 50/18 60/14
64/10 69/5 71/19
71/20 76/11 77/10
80/17 82/18
**user [15]** 9/21
16/2 16/3 16/6
16/12 16/16 16/17
16/19 16/21 25/8
25/10 26/1 32/10
43/20 56/4
**users [32]** 9/11
9/12 9/13 9/19
10/11 11/9 12/11
12/14 12/23 22/22
22/23 23/3 23/9
24/5 24/6 31/15
31/21 33/3 43/18
44/8 44/11 45/8
47/10 47/12 47/16
47/22 49/4 49/10
49/15 57/5 57/6
86/8

**V**

**vaginal [2]** 17/25
21/7
**valuable [4]**
38/19 38/22 38/25
42/9

**value [3]** 39/12
42/4 68/5
**variance [2]**
59/10 79/19
**varsity [2]** 66/2
66/2
**vary [1]** 88/8
**verified [5]** 30/13
31/6 31/12 31/22
31/23
**versus [1]** 3/4
**via [2]** 51/8 92/19
**Vicki [1]** 32/25
**victim [3]** 4/5
43/5 56/13
**victim's [3]** 55/5
89/19 89/21
**victimization [1]**
56/7
**victimized [3]**
71/3 81/23 86/18
**victims [5]** 4/20
32/22 56/14 71/3
90/24
**video [2]** 20/7
33/3
**videos [12]** 18/6
18/9 19/3 19/4
19/17 19/23 19/25
20/2 24/22 34/6
56/8 56/17
**vile [3]** 88/3 88/14
94/15
**violate [1]** 71/8
**violent [2]** 18/1
86/17
**virtue [1]** 46/2
**virulent [1]** 86/17
**volume [1]** 42/21
**voluminous [1]**
3/25
**voluntarily [2]**
41/9 58/13
**volunteered [1]**
76/25
**vote [3]** 16/13
25/19 25/23
**voted [2]** 12/16
45/16
**voting [1]** 25/18
**voyeuristic [2]**
58/19 87/4
**vs [1]** 1/5

**W**

**wacked [1]** 77/13
**wages [2]** 90/5
90/6
**waiver [1]** 93/16
**walk [1]** 32/14
**Walsh [1]** 92/1
**warrant [3]** 14/11
17/9 35/22
**warrants [2]** 8/17
10/16
**Washington [1]**
1/15
**watching [1]** 66/9
**web [3]** 8/5 9/9
42/11
**website [105]**
**website's [1]**
13/21
**websites [6]** 8/16
15/3 21/25 22/12
22/14 87/17
**Wednesday [1]**
76/19
**weekend [1]**
76/21
**weigh [1]** 84/22
**weighed [1]**
84/23
**weight [3]** 66/5
78/23 79/10
**weighty [1]** 65/19
**Weisberg [5]** 3/20
3/21 37/19 53/15
53/24
**Weisman [2]** 48/1
49/19
**West [5]** 1/18
1/21 75/15 75/17
84/13
**WhatsApp [1]**
76/24
**whenever [2]**
76/23 76/25
**whichever [1]**
35/17
**William [3]** 15/21
15/22 24/16
**wisdom [1]** 88/13
**wish [5]** 4/20 5/13
6/11 6/11 94/16
**witnesses [3]** 2/2

6/22 59/14
**wonderful [1]**
69/5
**workaholic [1]**
72/18
**world [1]** 51/7
**worse [1]** 84/10
**wrongfully [1]**
73/2

**Y**

**yielding [1]** 92/7
**Yitzhak [1]** 75/3
**York [1]** 1/14
**Yosef [4]** 2/12
74/21 74/25 75/3
**young [7]** 34/11
59/1 61/10 66/1
86/18 86/23 87/4
**younger [2]** 61/10
71/18
**youth [1]** 91/24

**Z**

**zooming [1]**
19/19